FILED

CO JUL 16 PM

1 | **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2 | Name _ROSENBALM   VINCENT   L_
       (Last)        (First)        (Initial)

3 | Prisoner Number _2069375_

4 | Institutional Address _2100 NAPA VALLEJO HIGHWAY_

5 | _NAPA, CALIFORNIA 94558_

**(PR)**

6 | ===============================================================
7 | UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

**SI**

8 | _VINCENT LEE ROSENBALM_ )
   (Enter the full name of plaintiff in this action.) )

9 | ) **CV**
   vs. )

**08**ase No. **3436**

10 | ) (To be provided by the clerk of court)
    _ED FOULK - EXECUTIVE_ )

11 | _DIRECTOR NAPA STATE Hospital_ ) **PETITION FOR A WRIT**
                                      **OF HABEAS CORPUS**

12 | _THOMAS ALLMAN - SHERIFF_ )

13 | _OF MENDOCINO COUNTY_ )

14 | (Enter the full name of respondent(s) or jailor in this action) )

15 | )

16 | ===============================================================
    Read Comments Carefully Before Filling In

17 | When and Where to File

18 | You should file in the Northern District if you were convicted and sentenced in one of these

19 | counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 | San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21 | this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 | good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23 | If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 | one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 | District Court for the district in which the state court that convicted and sentenced you is located. If

26 | you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 | your petition will likely be transferred to the district court for the district that includes the institution

28 | where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

<u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

1. What sentence are you challenging in this petition?   *NOt CONViCfeD*

(a)  Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

_____      _____

Court                                    Location

*Not cfeD*
*ecNViC*

(b)  Case number, if known _____

(c)  Date and terms of sentence _____

(d)  Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)         Yes _____    No _____

Where?

Name of Institution: _____

Address: _____

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

*I WAS COMMiTTeD, But +HAt ORDer WAS*
*VACAteD JULY 9, 2008 by SUPREME COURt*
*OF CALiFORNiA CASE NO: S163898*
*SOON +o RETURN +o JAiLOR SHERiFFS CUStoRY*

3. Did you have any of the following?

Arraignment:                              Yes ✓        No ____

Preliminary Hearing:                      Yes ____      No ✓

Motion to Suppress:                       Yes ____      No ✓

4. How did you plead?

Guilty ____    Not Guilty ✓    Nolo Contendere ____

Any other plea (specify) _MOSES SAID "LET MY PEOPLE GO"_

5. If you went to trial, what kind of trial did you have?

Jury ____        Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?              Yes ✓        No ____

7. Did you have an attorney at the following proceedings:

(a)    Arraignment                        Yes ____      No ✓

(b)    Preliminary hearing                Yes ____      No ✓

(c)    Time of plea                       Yes ____      No ✓

(d)    Trial                              Yes ____      No ✓

(e)    Sentencing                         Yes ____      No ✓

(f)    Appeal                             Yes ✓        No ____

(g)    Other post-conviction proceeding   Yes ____      No ✓

8. Did you appeal your conviction?             Yes ____      No ✓  NOT CONVICTED

(a)    If you did, to what court(s) did you appeal?

Court of Appeal                     Yes ____      No ____

Year: _____    Result:_____

Supreme Court of California         Yes ____      No ____

Year: _____    Result:_____

Any other court                     Yes ____      No ____

Year: _____    Result:_____

(b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1                petition?                            Yes ✔   No____

2       (c)  Was there an opinion?         Yes ✔   No____

3       (d)  Did you seek permission to file a late appeal under Rule 31(a)?

4                                                    Yes ____   No ✔

5               If you did, give the name of the court and the result:

6               SUPREME COURT OF CALIFORNIA

7               JUDGMENT 7/9/08 CASE NO: S163898

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?        Yes ✔   No____

10      [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16      (a)  If you sought relief in any proceeding other than an appeal, answer the following

17              questions for each proceeding. Attach extra paper if you need more space.

18          I.  Name of Court: MENDOCINO SUPERIOR COURT

19             Type of Proceeding: Habeas CORPUS 10/23/06

20             Grounds raised (Be brief but specific):

21             a. N/A ____

22             b.____

23             c.____

24             d.____

25             Result: Refused to Answer ____ Date of Result:____

26          II.  Name of Court: U.S. DISTRICT COURT

27             Type of Proceeding: 42 U.S.C 1983

28             Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS    - 4 -

1            a. _DOCTORS PERJURY_

2            b._____

3            c._____

4            d._____

5            Result: _PENDING_____ Date of Result:_____

6     III.   Name of Court: _U.S. District Court_

7         Type of Proceeding: _42 U.S.C. 1983_

8         Grounds raised (Be brief but specific):

9            a. _POLICE OFFICERS PERJURY_

10           b._____

11           c._____

12           d._____

13           Result: _PENDING_____ Date of Result:_____

14    IV.   Name of Court: _U.S. District Court_

15        Type of Proceeding: _42 U.S.C. 1983_

16       Grounds raised (Be brief but specific):

17          a. _JUDICIAL MISCONDUCT_

18          b._____

19          c._____

20          d._____

21         Result: _PENDING_____ Date of Result:_____

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                Yes _✓_ No____

24       Name and location of court: _SUPREME COURT CD_

25   B. GROUNDS FOR RELIEF

26      State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied?  What happened?

28 Who made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if you

1  need more space. Answer the same questions for each claim. ( EXTRA Sheets )

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).] FiRSt Habeas this case
   5163898

5  Claim One: DENiED SPEEDY TRiAL

6   VI AMENDMENT OF tHE CONStitutiON

7  Supporting Facts: ARREStED 10/19/06 ARRAiGNED 10/23/06

8  COMMittED 12/26/06 - 69 DAYS NO TRiAL

9  4/13/07 COURt APPEARANCE - RECOMMittED

10  70 DAYS NO tRiAL, DiD NOt WAiVE TiME

11  Claim Two: POLiCE StOLE PROPERty iLLEGALLY

12   V AMENDMENt tHE U.S. CONStitutiON

13  Supporting Facts: GLENN StARK StOLE PROPERty

14  illegally 9/22/2006 which inclUDES CASH,

15  CHECKS ANO cELLPHONE, I FiLED A COM-

16  PLAiNt WitH (FCC) SEE exhibit A

17  Claim Three: REFUSED MARSDEN HEariNG

18   VI AMENDMENt OF tHE U.S. CONStitvtion

19  Supporting Facts: OVER 500 DAYS OF TRiAL I HAVE

20  BEEN REFUSED A MARSOEN Hearing!

21  THE StAte COURt CF APPEAL RULEO tHiS iS A

22  PREJUDiCiAL error, VacHtED Commitment/ EXtRA sheets)

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  ALL HAVE PREViOUSLY BEEN PRESENtEd

26  I HAVE iNCLUDED MCRE tHAN 3 GROUNDS

27  ANO PLAN tO SENO iN SOME SUPPLEMENtal

28  Attachments tHiS week

PET. FOR WRIT OF HAB. CORPUS      - 6 -

1         List, by name and citation only, any cases that you think are close factually to yours so that they

2     are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3     of these cases:

4     _PEOPLE V MARSDEN(1970) 2 cal. 3d 118, 465 P. 2d 44, 84 Cal. RPtr._ 156

5     _Rhinehart V MUNICIPAL COURT (1984) 35 Cal. 3d 772, 776 )_

6     _PEOPLE V MARTINEZ (2000 )_

7     Do you have an attorney for this petition?                    Yes_____     No_✓_

8     If you do, give the name and address of your attorney:

9     _____

10        WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on ___7/14/08___                    _Vincent Rosenbalm_

14             Date                              Signature of Petitioner

15        (EXTRA GROUNDS INCLUDED )

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 7 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.    **Non-habeas Civil Actions**

The filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.    **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER-Rev. 6/02

JULY 9, 2008 SUPREME COURT CASE NO. S163898

1. TO THE COURT CLERK MR. WIEKING 7/14/08
2.    My name is VINCENT ROSENBALM
3. AND I AM APPEALING A SUPREME
4. COURT OF CALIFORNIA JUDGMENT
5. DATED JULY 9, 2008. I HAVE NOT
6. BEEN CONVICTED, BUT WAS
7. COMMITTED ON 12/26/06 AND
8. THEN AGAIN 4/13/07 TO NAPA
9. STATE HOSPITAL. THE JUDGMENT OF
10. JULY 9, 2008 IS TO VACATE THE
11. COMMITMENT ORDER DUE TO A
12. PREJUDICIAL ERROR AND SEND ME
13. BACK TO SUPERIOR COURT. I MAY
14. BE IN THE COUNTY JAIL SOON (UKIAH CA)
15. OR POSSIBLY RELEASED. Address
16.    LOW GAP JAIL
17.    951 LOW GAP ROAD
18.    UKIAH, CA 95482
19. I WILL KEEP YOU INFORMED
20. OF MY WHEREABOUTS AND
21. HOPEFULLY THIS MALICIOUS
22. PROSECUTION WILL COME TO AN
23. END. I HAVE THIS AND OTHER
24. MATTERS PENDING IN YOUR COURT.
25.    VINCENT ROSENBALM
26.    Vincent Rosenbalm
27.
28.

PROOF OF SERVICE    7/14/08

I am Vincent Rosenbalm an American citizen over 18 years of age.

CN 7/14/08 I served the within
    1) Fed Habeas Corpus
    2) 4 PAGES SUPPLEMENTal
    3) 4 EXHIBITS (A,B,C,D)
    4) Letter Clerk    5) check $5.00
By placing a copy in the Napa State Hospital Mail Addressed.

        Court Clerk
        U.S. DISTRICT COURt
        450 GOLDEN GATE Ave.
        SAN FRANCISCO, CA 94102
From
        Vincent Rosenbalm
        2100 Napa Vallejo Highway
        Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

        Vincent Rosenbalm

HABEUS CORPUS SUPPLEMENTAL

VINCENT ROSENBALM                    7/14/08

2100 NAPA VALLEJO HIGHWAY

NAPA, CALIFORNIA 94558

GROUND 1 SPEEDY TRIAL

    I HAVE NOT WAIVED TIME AND.

YET 70 DAYS OF superior COURT time

has passed. I WAS ARRESTED 10/19/06

AND ARRAIGNED 10/23/06, committed 12/26/06

HELD IN THE COUNTY JAIL 3 MONTHS,

OVER 100 DAYS WITH NO TRIAL, taken

to COURT SAME CASE 4/13/07 AND

RECOMMitted. 69 DAYS 10/19/06 -12/26/06

AND 70 DAYS 4/13/07 SEE PENAL CODE 1382.

GROUND II POLICE STOLE PROPERTY

POLICE HAVE COMMITTED HUNDREDS OF

CRIMES AND STOLEN PROPERTY AND DONE

MILLIONS IN DAMAGES IN THIS CASE.

(SEE EXHIBIT A)

GROUND 3 REFUSED MARSDEN Hearing

OVER 500 DAYS I HAVE BEEN REFUSED

DUE PROCESS IS VIOLATED.

GROUND 4 DENIED BAIL

   I WAS ORIGINALLY (OR) IN THIS MATTER

THEN BAILED OUT OF JAIL, BUT JUDGE

MAYFIELD RESCINDED MY BAIL NO REASON

CRUEL AND UNUSAL PUNISHMENT

GROUND 5 POLICE Perjury

   Several POLICE OFFICERS HAVE COM-.

1. mitted Perjury along with other crimes.
2. GROUND 6 POLICE THREATS
3. A MENDOCINO SHERIFF THREATENED to
4. Kill MY FAMILY member — BAD KARMA
5. GROUND 7 DOCTORS PERJURY - DOCTOR
6. ROSOFF committed Perjury on a
7. 11/06/06 DOCTORS REPORT, I HAVE
8. FILED A COMPLAINT WITH THE MEDICAL
9. BOARD. DR. WILTSE Committed Perjury
10. 2/20/07 ON A DOCTORS REPORT.
11. GROUND 8 PENAL CODE 859 b states
12. IF I AM DENIED PRELIMINARY IN 60 DAYS, Release
13. GROUND 9 - DENIAL OF RELIGIOUS Services
14. ED FOULK - EXECUTIVE DIRECTOR HAS
15. MADE it A POINT to DENY ME.
16. ACCESS to the JEWISH SYNAGOGUE
17. AND VIOLATE OTHER RIGHTS ALSO, TO
18. PROPERLY WORD THIS I SHOULD SAY
19. ED FOULK AND HIS STAFF HAVE DONE
20. THIS. WHAT MAKES MATTER EVEN
21. WORSE THEY ATTEMPTED to Kill me
22. AND DRUG ME ILLEGALLY. THIS is
23. A serious Matter to be the victim
24. OF A HATE CRIME AND VISCIOUS
25. ATTACK. (SEE EXHIBIT C!)
26. GROUND 10 REFUSAL to ANSWER Habeas writ
27. JUDGE MAYFIELD IN UKIAH has failed
28. to ANSWER A HABEAS CORPUS writ

Habeas supplemental

1  GROUND 10 — FOR over 500 DAYS IN
2  VIOLATION OF ARTICLE 6 SECTION 19
3  OF THE STATE CONSTITUTION, SHE
4  NEEDS HER SALARY STOPPED UNTIL
5  I AM Released from illegal custody
6  this is A VIOLATION OF THE 1st AMEN-
7  DMENT OF THE U.S. CONSTITUTION THE
8  RIGHT to PETITION THE COURTS.
9  (SEE EXHIBIT D!) THIS HABEAS CORPUS
10 WAS SUBMITTED to SUPERIOR COURT
11 ON 10/23/06 AND REMAINS UN-
12 Answered.
13 GROUND 11  DENIAL OF COMPETENCY Hearing
14 GROUND 12  DENIAL OF DISCOVERY
15 GROUND 13  DENIAL OF WITNESSES
16 GROUND 14  JUDICIAL MISCONDUCT
17 GROUND 15  REFUSAL to RETURN PROPERTY
18 GROUND 16  MALICIOUS PROSECUTION
19 GROUND 17  HATE CRIME (Attack 5/3/07)
20 GROUND 18  DENIAL SEARCH WARRANT CHALLENGE
21 GROUND 19  INEFFECTIVE ASSISTANCE OF
22 COUNSEL  Attorney JULIA SPIKES
23 refused to "ARGUE ALL ISSUES THAT
24 ARE ARGUABLE" People v Feggans (1967)
25 GROUNDS FOR REVERSAL
26 GROUND 20 — INTERLOCUTORY ORDER
27 GROUND 21 — JUDGE HENDERSON — FALSIFY
28 COURT DOCUMENTS (EXHIBIT B)

1  GROUND 22 - WRONG NAME ON 4/13/07 ORDER

2  TO INVOLUNTARY MEDICATE ME, THATS

3  RIGHTS I CAME TO THIS HOSPITAL

4  UNDER THE WRONG NAME ON THE

5  COURT ORDER BY JUDGE BRENNAN.

6  GROUND 23 - DENIAL OF ACCESS TO COURTS

7  ONE COPY MACHINE FOR ABOUT 1100 PATIENTS

8  ONE LAW COMPUTER AND REFUSAL MAIL

9  SERVICE,

10  GROUND 24 - MAIL TAMPERING

11  GROUND 25 - DENIAL OF MEDICAL

12  GROUND 26 - DOGS STOLEN

13  GROUND 27 - REFUSAL OF COUNSEL

14  I MAY SEND SOME SUPPLEMENTALS

15  TO THESE GROUNDS IN THE NEAR

16  FUTURE, BUT HAVE ARGUED SOME OF

17  THE MAIN POINTS. I HAVE NOT BEEN

18  CONVICTED OF ANY CRIME BUT

19  ILLEGALLY INCARCERATED ABOUT

20  20 MONTHS OR MORE. I MAY

21  END UP WITH A CHANGE OF CUSTODY

22  SOON BUT WILL INFORM YOU OF IT.

23  UNDER THE PENALTY OF PERJURY

24  THIS IS TRUE AND CORRECT TO

25  THE BEST OF MY KNOWLEDGE.

Vincent Rosenbalm

7/14/08

26

27

28

EXHIBIT A

# U.S. District Court
# Northern District of California
# 3/10/08

This complaint is based on the misconduct of Police Officer Glenn Stark who I believe committed dozens of crimes on or about September 22, 2006 in Mendocino County. Some of the crimes I believe he committed include:

- Perjury
- Extortion
- Theft
- Burglary
- Illegal Imprisonment
- Kidnapping

After a traffic stop on or about 9/22/06 Mr Stark stole about $5600 cash and checks and booked me to appear in court, yet no case ever appeared on the court docket?? After I was release OR from the police station I found my house destroyed and a search warrant from Glenn Stark in my house. Jewelry, vacation and travel vouchers were missing from my resident and other important property. The search warrant was missing a DA signature on it. How can a search warrant with no DA signature be legal. He also took my cell phone after arrest, other crimes were committed.

Vincent Rosenbalm

3/10/08

EXHIBIT D

California Constitution

Article VI. JUDICIAL

*Current through the November 2006 Election*

Sec. 19.

The Legislature shall prescribe compensation for judges of courts of record

A judge of a court of record may not receive the salary for the judicial office held by the judge while any cause before the judge remains pending and undetermined for 90 days after it has been submitted for decision.

$EXHiBit B$

Citizens Complaint Penal Code 832.5

Sheriff Thomas Allman

Judge Richard Henderson recently filed wrong court dates and falsified court records in

CaseNumber SCUK CRCR 08-84434 and also put the wrong name of defendants in the caption

on Case number MCUK-CVUD 06-10320 in which Sheriff Thomas Allman illegally took a large

amount of property from my house while in Jail for Case MCUK CRCR 06-74005 which is also

on appeal in the Supreme Court of California CASE S163898. I want my property back Sheriff

Allman took and am pressing charges in Federal Court against Judge Henderson and Sheriff

Allman. I never was in Court for arraignment on Sunday October 29, 2006, the correct date is

October 23, 2006 and the date of my commitment was December 26, 2006 and not December 21,

2006 as Judge Henderson suggests. Sheriff Allman and Judge Henderson have done millions of

dollars of damage illegally falsifying court documents and taking property illegally. I believe

Judge Henderson is attempting to hide the fact I did not get a trial in 60 days.

Under the penalty of perjury this is true and correct to the best of my knowledge. Vincent

Rosenbalm

*EXHIBIT C*

*6*

# Citizens Complaint Penal Code 832.5

My name is Vincent Rosenbalm and I am illegally imprisoned my Ed Foulk who is in charge of Napa State Hospital in Napa, California. Ed Foulk has made it a point to violate my constitutional rights while incarcerated here from February 7, 2007 to present. I have been denied access to a typewriter or computer for months and now only can use one half and hour a day? I was refused religious services of my choice, because ED Foulk and his staff refused me access to the Jewish synagogue for over 6 months from February to August. This is in violation of the Unruh Act! Furthermore I have been denied mail service several times. His staff beat me and attempted to kill me in May after they drugged me illegally; I consider this a serious offense to be poisoned illegally. Doctor Wiltse filed a false Doctors report to illegally drug me on or about February 20, 2007. My hope is Ed Foulk comes to realize the serious consequences of his actions and this court case is stopped and I am released.

Signature *Vincent Rosenbalm*

Date *1 / 3 / 08*

1

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR FILING A PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. §§ 2254**

3

4

**I.    Scope of 28 U.S.C. §§ 2254**

5

6

7

8

You may file a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 if you are in custody pursuant to the judgment of a state court in violation of the federal Constitution or federal laws. You may challenge either the fact or duration of your state sentence; however, any challenge to violations of the federal Constitution or federal law that affects the conditions, as opposed to the fact or duration, of your confinement should be brought in a civil rights complaint under 42 U.S.C. §§ 1983. If you want to file a civil rights complaint under 42 U.S.C. §§ 1983, you may do so on forms provided by the clerk of the court.

9

10

Note that a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 will not be granted unless it appears that you have exhausted the remedies available in state court.

11

**II.    Filing a Petition**

12

13

14

15

To start a habeas action, you must send the court the following items: (1) an original petition and (2) a check or money order for $5.00 or an original Prisoner's Application to Proceed In Forma Pauperis. In addition to these instructions, this packet includes a petition for a writ of habeas corpus form and an Application to Proceed In Forma Pauperis. You must use the forms provided with this packet and not any other version. You should keep a copy of the petition and in forma pauperis application for your own records.

16

17

When you have completed the forms, mail the originals to Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

18

19

20

**NOTE**: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).

21

**III.    Filing Fees**

22

23

24

In order for the petition to be filed, it must be accompanied by the filing fee of $5.00. If you are unable to pay the filing fee, you may petition the court to proceed in forma pauperis. A Prisoner's Application to Proceed In Forma Pauperis form for this purpose is included in this packet. You must complete the application, sign it and declare under penalty of perjury that the facts stated therein are correct. File the application with your petition and keep a copy for your records.

25

**IV.    Petition Form**

26

27

28

Your petition must be legibly handwritten or typewritten, and you must sign it and declare under penalty of perjury that the facts stated in it are correct. Read the entire petition form before answering any questions. You will note that brief explanatory comments appear throughout the form. Read these carefully before you answer the questions because they are intended to help you fill out the petition as well as ensure that you file your petition in the proper court.

PetitionHC-6-02.wpd (Rev. 6/02)

1    Complete all applicable questions in the proper blank spaces. If you need additional space to
2    answer a question, you may attach additional blank pages. Make clear the question to which any such
     continued answer refers.

3    Only one sentence or conviction may be challenged in a single petition. If you challenge more
     than one, you must do so by separate petitions.

4

**V.    After Petition Is Filed**

5

6    You will be notified as soon as the court issues an order. It is your responsibility to keep the
     court informed of any changes of address to ensure that you receive court orders. Failure to do so may
     result in dismissal of your suit.

7

**VI.    Inquiries And Copying Requests**

8

9    Because of the large volume of cases filed by inmates in this court and limited court resources,
     the court will not answer inquiries concerning the status of your case or provide copies of documents,
10   except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents
     submitted to the court for your own records.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021380
Cashier ID: sprinka
Transaction Date: 07/16/2008
Payer Name: VINCENT ROSENBALM
-----------------------------------
WRIT OF HABEAS CORPUS
 For: VINCENT ROSENBALM
 Amount:      $5.00
-----------------------------------
CHECK
 Check/Money Order Num: 12918
 Amt Tendered: $5.00
-----------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

08-3436SI-PR


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```






2100 Napa Vallejo Highway
Napa, CA 94558

LEGAL MAIL

COURT Clerk
U.S. District Court
450 Golden Gate Ave.
SAN FRANCISCO, CA 94102