1  VINCENT ROSENBALM                    7/12/08
2  2100 NAPA VALLEJO HIGHWAY
3  NAPA, CALIFORNIA 94558
4     UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  VINCENT ROSENBALM  〵
7         V        〵 ACTIONS REMOVABLE
8  ED FOULK       〵 28 U.S.C 1441 (B)
9               〵  1446, 1449, 1331
10              〵   08·3436 SI
11             〵
12     I HEREBY GIVE NOTICE OF
13  TRANSFER OF MY CASE FROM
14  THE SUPREME COURT OF CALIFORNIA
15  CASE NO: S163898 to THE UNITED
16  STATES DISTRICT COURT, NORTHERN
17  DISTRICT OF CALIFORNIA.
18  (EXTRA SHEETS INCLUDED)
19
20
21                        **FILED**
22                        JUL 17 2008
23                        RICHARD W. WIEKING
                          CLERK U.S. DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
24
25
26
27
28

1  VINCENT ROSENBAUM                    7/12/08

2  2100 NAPA VALLEJO HIGHWAY

3  NAPA, CALIFORNIA 94558

4      UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6  TITLE 28 U.S.C. 1441 -ACTIONS REMOVABLE

7      I PETITION THIS COURT TO MOVE

8  MY CASE FROM STATE COURT TO

9  FEDERAL COURT; DUE TO FEDERAL

10  QUESTIONS DUE FOR CONSTITUTIONAL

11  ERRORS THAT ARE PREJUDICIAL.

12  I HEREBY GIVE NOTICE TO   MOVE

13  CASE NUMBER S163898 from THE SUPREME

14  COURT OF CALIFORNIA ON A JUDGMENT

15  FILED JULY 9, 2008 to U.S. DISTRICT

16  COURT, THE NORTHERN DISTRICT OF

17  CALIFORNIA under TITLE 28 U.S.C. 1331, 1441(B)

18  FEDERAL QUESTION AND 28 U.S.C. 1446

19  AND 1449 to TRANSFER STATE RECORDS.

20      I BELIEVE I HAVE APPROXIMATELY

21  30 GROUNDS FOR CONSTITUTIONAL

22  VIOLATIONS, BUT WILL ONLY EXPLAIN

23  A COUPLE AT THIS TIME AND LIST

24  ALL OTHERS.

25      1) PREJUDICIAL ERROR- DENIAL OF THE

26  COURTS TO GIVE ME A MARSDEN HEARING

27  FOR ABOUT 20 MONTHS IS PREJUDICIAL.

28  I HAVE THE RIGHT TO A MARSDEN Hearing

Page 3   ACTIONS REMOVABLE

1  2) INEFFECTIVE ASSISTANCE OF COUNSEL
2  3) PENAL CODE 859 b, 1382 - DENIAL
3  OF SPEEDY TRIAL AND NO ARRAIGNMENT
4  IN 60 DAYS
5  A) I WAS ARRESTED 10/19/06.
6  B) ARRAIGNED 10/23/06
7  C) COMMITTED 12/26/06
8  D) BACK IN COURT 4/13/08
9   70 DAYS OF TRIAL HAVE PASSED
10 I HAVE NOT WAIVED TRIAL, I WAS
11 REFUSED TRIAL, ARRAIGNMENT AND
12 COUNSEL FOR 70 DAYS! I KNOW
13 THIS VIOLATES BOTH STATE AND
14 FEDERAL LAWS FOR SPEEDY TRIAL.
15 4) NO BAIL - CRUEL AND UNUSAL PUNISH -
16 MENT
17 5) PERJURY BY JUDGES
18 6) JUDICIAL MISCONDUCT
19 7) MAIL TAMPERING
20 8) DENIAL SYNAGOGUE ACCESS
21 9.) SHERIFF ALLMAN Stealing property
22 (0) ATTEMPT TO KILL ME
23 11) DEATH THREATS BY SHERIFFS
24 12) DOGS STOLEN
25 13) OFFICER STARK STOLE PROPERTY
26 14) POLICE USED CELL PHONE ILLEGALLY (FCC)
27 15) REFUSED Hearing, LAWYER JUDGE BRENNAN
28 16) DENIAL OF COMPETENCY Hearing

1 17) PERJURY BY DOCTORS
2 18.) DENIAL OF DISCOVERY
3 19) DENIAL OF PRELIMINARY
4 20) DENIAL OF WITNESSES
5 21.) REFUSAL to ANSWer HABeas CORPUS
6 WRIt FOR OVER 500 DAYS
7 22) MALICIOUS PROSeCUtiON.
8 23.) CHALLENGE SEARCH DENIED 1538.5
9 24) INterLOCUtORY ORDer
10 25) INVOLUNtARY MEDICAteD ILLEGALLY
11 26) I BeLieve JUDGE HenDerSON
12 ENteRED tHE WRONG NAME (CAPtiON)
13 27) WAS DENIeD DUE PRoCeSS ON
14 4/13/07 COURt ORDer WAS SiGNeD
15 WitH WRONG NAME to DRUG ME.
16 'DUE to tHE AMOUNt OF ViOLeNCE
17 iN tHiS CASE I FEEL I WOULD BE
18 MUCH SAFer iN FEDERAL CUStODY.
19 MY HOPE iS to PUt AN END TO
20 THiS CORRUPtiON, I AM SENDiNG
21 YOU A COPY OF THiS COURt ORDer
22 WitH A WRONG NAME USED to
23 DRUG ME. IF YOU NEED MORE
24 COPYS PLEASE NOtiFY ME RiGHt
25 AWAY, AND SEND THiS BACK. UNDer
26 tHE PENALtY OF Perjury tHiS iS
27 tRUE AND CORRECt tC tHE Best
28 Of MY KNOWLedge. Vincent Rosenbalm

1  ELIZABETH M. NORMAN sa
   INTERIM DISTRICT ATTORNEY
2  COUNTY OF MENDOCINO
3  Courthouse, Room 9
   Post Office Box 1000
4  Ukiah, California  95482
   Telephone: (707) 463-4211
5
6  Attorneys for Plaintiff

COPY

**FILED**

APR **1 3** 2007

CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFOR. :A

7              **SUPERIOR COURT OF CALIFORNIA**
                    **COUNTY OF MENDOCINO**
8

9   THE PEOPLE OF THE STATE              MCUK-CRCR-06-74005-02
10  OF CALIFORNIA,

11              Plaintiff,

12      vs.                              **ORDER TO INVOLUNTARILY**
                                         **ADMINISTER  ANTI-PSYCHOTIC**
13  VINCENT ROSENBAUM,                   **MEDICATION**

14
                Defendant.               wrong name (Due Process)
15

16  TO:  MEDICAL DIRECTOR, NAPA STATE HOSPITAL:

17      GOOD CAUSE APPEARING, I hereby authorize Napa State Hospital or designee to
18
    administer medically appropriate anti-psychotic medication to VINCENT ROSENBAUM as
19
20  prescribed by a psychiatrist.

21      **IT IS SO ORDERED,**

22  Date:  April 13, 2007
23                                       _____
                                         Judge of the Superior Court
24

25

26

27

28

Page 1

PROOF OF Service        7/12/08

I am Vincent Rosenbalm an
American Citizen over 18 years
of age.

ON 7/13/08 I served the within
1) Actions Removable (writ)
2) Order WRONG NAME
by placing a copy in the

Napa State Hospital Mail
Addressed:
    Court Clerk
    U.S. District Court
    450 Golden Gate Ave
    SAN. FRANCISCO, CA 94102
From
    Vincent Rosenbalm
    2100 Napa Vallejo Highway
    Napa, CA 94558

Under the Penalty of Perjury
this is true and correct
to the best of my knowledge.

        Vincent Rosenbalm

Vincent Rosenthin
2100 Napa Valley Highway
Napa, CA 94558

RECEIVED

JUL 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102



UNITED STATES POSTAGE

$ 00.17⁰

02  1M
0004219468
MAILED FROM ZIP CODE 94558
JUL 16  2008

PITNEY BOWES

