EXHiBit A

AO 442   (Rev. 10/03)  Warrant for Arrest

**FILED**

# UNITED STATES DISTRICT COURT

District of

JUL 2 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ANNA WILTSE

**WARRANT FOR ARREST**

Case Number:

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     A N N A   W I L t s E
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)     P E R J U R Y

in violation of Title _____18_____ United States Code, Section(s) ____242____

_____          _____
Name of Issuing Officer              Signature of Issuing Officer

_____          _____
Title of Issuing Officer             Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

EXHIBIT A

AO 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

EXHIBIT A

# U.S. District Court
# Case Number C07-4197 si pr
# And Napa County Grand Jury

I am currently held illegally and a Doctor at Napa State Hospital (DR Wiltse) committed perjury to have me illegally drugged.  A  judge Mr Brennan refused me a hearing, witnesses and a lawyer at court but signed a court order to drug me illegally.  He violated the 6th and 14th Amendment of the U.S. Constitution to illegally drug me, the court order did not even have my legal name on it.  Vincent Rosenbalm is my legal name, but I was drugged under a court order that had the name Rosenbaum on it.

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

MARIANNE MALDONADO

Case Number:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    MARIANNE MALDONADO
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| | | | | | |
|---|---|---|---|---|---|
| ☐ Indictment | ☐ Information | ☒ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)    FRAUD

in violation of Title __18__ United States Code, Section(s) __1012__

---

Name of Issuing Officer                         Signature of Issuing Officer

---

Title of Issuing Officer                        Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

EXHIBIT B

AO 442  (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

EXHIBIT B



CALIFORNIA
ASSOCIATION
OF REALTORS®

## NOTICE OF TERMINATION OF TENANCY
(C.A.R. Form NTT, Revised 4/03)

To: _Vincent & Sashi Rosenbalm_ _____ _____ ("Tenant")
and any other occupant(s) in possession of the premises located at:
(Street Address) _____ _____459 Cochrane Avenue_____ (Unit/Apartment #)_____
(City) _____Ukiah_____ (State) __Ca__ (Zip Code) __95482___ ("Premises").

### CHECK THE BOX THAT APPLIES. CHECK ONE BOX ONLY.

1.  ☐ The tenancy, if any, in the Premises is terminated **60 days** from service of this Notice, or on
    _____ _____ _____ (whichever is later).

OR 2.  ☐ **You have resided in the Premises for less than one year.** Your tenancy, if any, in the Premises is terminated
       **30 days** from service of this Notice, or on _____ (whichever is later).

OR 3.  ☒ **All of the following apply.** Your tenancy, if any, in the Premises is terminated **30 days** from service of this
       Notice, or on __November 1, 2006__ (whichever is later).

   **A.** Landlord has entered into a contract to sell the Premises to a natural person(s);

   AND **B.** Purchaser intends to reside in the Premises for at least one year following the termination of the tenancy
   in the Premises;

   AND **C.** Landlord has established an escrow with an escrow company licensed by the Department of Corporations
   or a licensed Real Estate Broker;

   AND **D.** Escrow was opened 120 or fewer days prior to the delivery of this Notice;

   AND **E.** Title to the Premises is separately alienable from any other dwelling unit (i.e., a single-family unit or
   condominium);

   AND **F.** Tenant has not previously been given a notice of termination of tenancy.

If you fail to give up possession by the specified date, a legal action will be filed seeking possession and damages that
could result in a judgment being awarded against you.

Landlord (Owner or Agent) _____ Date _September 20, 2006_____
                          Century 21 Les Ryan Realty Pr

Address _495-C East Perkins Street_____ City _Ukiah_____ State _Ca_ Zip _95482_____
Telephone _(707) 468-0463__ Fax _(707) 468-7968__ E-mail _____

(Keep a copy for your records.)

The copyright laws of the United States (TITLE 17 U.S. Code) forbid the unauthorized reproduction of this form by any means, including facsimile or computerized formats.
Copyright © 1998-2003, CALIFORNIA ASSOCIATION OF REALTORS®
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR
ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE
TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark
which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

SURE TRAC
The System for Success™

Published by the
California Association of REALTORS®

Reviewed by _____ Date _____

EQUAL HOUSING
OPPORTUNITY

NTT REVISED 4/03 (PAGE 1 OF 1)

### NOTICE OF TERMINATION OF TENANCY (NTT PAGE 1 OF 1)

| Agent: Century 21 | Phone: (707) 468-0423 | Fax: (707) 468-9654 | Prepared using WINForms® software |
|---|---|---|---|
| Broker: CENTURY 21 LES RYAN REALTY 495 E PERKINS ST STE A, UKIAH CA 94582 | | | |

$E \times H i B i + B$

Vincent Rosenbalm Citizens Complaint Penal Code 832.5     August 6, 2007

Marianne Maldonado Century 21 495 East Perkins Ukiah, CA 95482

In November of 2006 I filed a claim with HUD against Marianne Maldonado for possible fraud. This spring my house was broken into and two cars stolen. I called Marianne about this and she told me s summons was serve to me at the Mendocino Jail to get into my house, Problem is I never received a summons and Ukiah police are being investigated for mail fraud and forging court documents. My legal help told me Marianne could not break in without a summons, problem is I never received one and I suspect Ukiah police of forging one. Under the penalty of perjury this is true to the best of my knowledge and suspect Marianne and Ukiah Police guilty of the crimes of Penal Codes 132,182, 470, 207, 236, 459, 424, 484, 135, 146 and more and I command you forthwith to arrest and bring them to the nearest and most accessible magistrate. This malicious prosecution must stop!     Vincent Rosebalm

EXHIBIT B

1. MARIANNE MALDONADO            7/19/08
2. CENTURY 21 LES RYAN REALTY
3. ON OR ABOUT 9/20/06 MARIANNE
4. MALDONADO SENT ME NOTICE MY
5. HOUSE WAS "SOLD", WHEN I WENT
6. to tALK to Her ABOUt tHiS SHE
7. TOLD ME it WAS "Not SOLD".
8. I FiLED A COMPLAINt WitH HUD
9. ABOUt tHiS, I BELieve NOVEMBer.
10. ABOUt tHiS TiME UKiAH POLICE
11. AND MARiANNE MALDONADO AND
12. CENTURY 21 LES RYAN REALTY were
13. INVOLVED iN FRAUD AND
14. FALSiFiED COURt RECORDS. MiLLiONS
15. OF DOLLARS DAMAGE HAS OCCURRED
16. to MY PROPErtY AND FiNANCiAL
17. RECORDS DUE to tHiS MiSCONDUCt.
18. I ASK FOR tHE COURt to ARRESt
19. MARiANNE MALDONADO FOR FRAUD.
20. UNDEr tHE PENALtY OF PERJURY
21. tHiS iS TRUE AND CORRECt to
22. tHE BESt OF MY KNOWLEDGE.
23. 
24.                    Vincent Rosenbalm
25. 
26. 
27. 
28.

EXHIBIT B

Citizens Complaint Penal Code 832.5

Sheriff Thomas Allman

Judge Richard Henderson recently filed wrong court dates and falsified court records in CaseNumber SCUK CRCR 08-84434 and also put the wrong name of defendants in the caption on Case number MCUK CVUD 06-10320 in which Sheriff Thomas Allman illegally took a large amount of property from my house while in Jail for Case MCUK CRCR 06-74005 which is also on appeal in the Supreme Court of California CASE S163898. I want my property back Sheriff Allman took and am pressing charges in Federal Court against Judge Henderson and Sheriff Allman. I never was in Court for arraingment on Sunday October 29, 2006, the correct date is October 23, 2006 and the date of my commitment was December 26, 2006 and not December 21, 2006 as Judge Henderson suggests. Sheriff Allman and Judge Henderson have done millions of dollars of damage illegally falsifying court documents and taking property illegally. I believe Judge Henderson is attempting to hide the fact I did not get a trial in 60 days.

Under the penalty of perjury this is true and correct to the best of my knowledge. Vincent Rosenbalm

Q5/6 5 ROSEN... AM ADDER

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

JIM BROOKS

Case Number:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JIM BROOKS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)   PERJURY

in violation of Title ____ 18 ____ United States Code, Section(s) ____ 1621 ____

_____
Name of Issuing Officer

_____
Signature of Issuing Officer

_____
Title of Issuing Officer

_____
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

EXHiBiT C

AO 442   (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____

$E \times H I B I T C$

Vincent Rosenbalm v Ed Foulk CEO of Napa State Hospital   August 6, 2007

Notice of Citizens Arrest under Penal Code 832.5 Affidavit

To any state or federal police officer

In May of 2006 I was refused payment of wages due by Mayacama Golf Course employee Jim Brooks, and the CSI Caddy union in North Carolina. I believe I turned the claim over to:

Division of labor Standards Enforcement

50 D Street Suite 360

Santa Rosa, CA 95404

During the course of the investigation CSI Employee John Krikorian in North Carolina Communicated to me the union was going to change the court Documents? I notified the Department of justice about the possibility of several federal crimes in progress across interstate lines and the possibility of perjury or falsifying court records by the CSI Union???   Under penalty of perjury this is true to the best of my knowledge!! I suspect Jim Brooks and John Krikorian of the crimes of failure to pay me due wages and penal codes 182, 118, 470, 132 and more!! I command you forthwith to arrest and bring them to the nearest and most accessible magistrate!

Vincent Rosenbalm

EXHIBIT ()

1  VINCENT ROSENBALM                                    7/20/08

2  2100 NAPA VALLEJO HIGHWAY

3  NAPA, CA 94558

4        UNITED STATES DISTRICT COURT

5      NORTHERN DISTRICT OF CALIFORNIA

6                                    } MOTION FOR

7  IN RE                            } CONTINUANCE IN.FORMA

8  VINCENT ROSENBALM              } NO: CI 08 3125    PAPERS

9      PLAINTIFF                  } NO: CV 08-3126

10                                  } NO: CV 08-3128

11                                 } NO: CV 08-3214

12                                 NO: CV 08-3213

13                                 NO: CV 08-3211

14     I NEED A CONTINUANCE OF 30 DAYS

15  FOR FINANCIAL RECORDS FOR THESE

16  CASES.  IT HAS TAKEN ME 3 WEEKS

17  FOR A NEW SOCIAL WORK TO GET ME

18  THE TRUST OFFICE RECORDS AND I HAVE

19  LITTLE OR NO ACCESS TO A COPY MACHINE

20  IT MAY TAKE SEVERAL MORE WEEKS.

21  THIS INSTITUTION ATTEMPTS TO

22  DENY US ALMOST ALL ACCESS TO

23  THE COURTS. UNDER THE PENALTY

24  OF PERJURY THIS IS TRUE AND CORRECT

25  TO THE BEST OF MY KNOWLEDGE.

26

27                          Vincent Rosenbalm

28

EXHIBIT E

VINCENT ROSENBALM                               7/20/08

2100 NAPA VALLEJO HIGHWAY

NAPA, CA 94558

    UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM 3 MOTION TO CONSENT to MAGISTRATE JUDGE

     V       28 U.S.C. 636 (c)(1)

ED FOULK        F.R.Civ.P. 73(b)

THOMAS ALLNIAN    CASE NO: CV08 3436

    I HEREBY GIVE NOTICE + O

CONSENT TO A MAGISTRATE JUDGE

TO TAKE OVER THE ABOVE CIVIL

CASE. I BELIEVE THIS WILL MAKE

THIS PROCESS SMOOTHER AND MORE

TIME EFFICIENT, KNOWING YOUR

MAGISTRATE JUDGES HAVE A GOOD

RECORD AND ARE VERY EFFICIENT.

PLEASE KEEP ME INFORMED ON WHAT

I NEED TO DO TO USE THIS PROCESS

AND I HOPE THE TRANSITION

WILL WORK WELL. I MAY BE

MOVED FROM CUSTODY OR RELEASED

SOON AND WILL NOTIFY THE COURT

OF ANY CHANGES. UNDER THE

PENALTY OF PERJURY THIS IS

TRUE AND CORRECT TO THE BEST

OF MY KNOWLEDGE.

            Vincent Rosenbalm.

EXHIBIT F

VINCENT ROSENBALM                    5/31/08
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA
        MENDOCINO COUNTY SUPERIOR COURT
            CASE NUMBER: MCUK CRCR06-74005
TO JUDGE RONALD BROWN
    PENAL CODE 859.6 states If a
Preliminary hearing is held more
than 60 Days from arraignment the
complaint must be dismissed. I was
arraigned for charges on October 23,
2006 AND YOU SIGNED AN ORDER to
commit me to NAPA STATE Hospital
ON December 26, 2006. THIS IS APPR-
OXIMATELY 65 DAYS WITH NO PRELIMINARY
Hearing. YOU MUST RELEASE ME FROM ILL-
EGAL CUSTODY OR Set A Hearing. THIS
IS ONLY ONE OF HUNDREDS OF CRIMES
committed IN tHIS CASE OF MALICIOUS
PROSECUTION. I ALSO ASK FOR RETRIBUTION
UNDER PENAL CODES 1497, 1191.2, 1202.4(K)(2)
1202.4(A)(3)(H), 1202.4(A)(3)(G) AND RETURNOFPROPERTY
STOLEN BY UKIAH POLICE. UNDer tHE PENALTY
OF Perjury tHISIS true AND correct
to tHE Best OF MY KNOWledge.
                        Vincent Rosenbalm

$EXHIBIT$ $G$

Archive

**California Constitution**

**Article VI. JUDICIAL**

*Current through the November 2006 Election*

**Sec. 19.**

The Legislature shall prescribe compensation for judges of courts of record.

A judge of a court of record may not receive the salary for the judicial office held by the judge while any cause before the judge remains pending and undetermined for 90 days after it has been submitted for decision.

Archive

ON THE TRANSCRIPTS OF 10/23/06
AT MY ARRAIGNMENT JUDGE MAYFIELD
RECEIVED A HABEAS CORPUS, AND ALSO
ANOTHER ONE 11/13/06. NEITHER
HABEAS CORPUS HAS BEEN
ANSWERED. I REMAIN ILLEGALLY
IMPRISONED AND MY DUE PROCESS
VIOLATED UNDER THE 14TH AMEND-
DMENT, FURTHERMORE MY 1ST
AMENDMENT RIGHTS HAVE BEEN
VIOLATED BY JUDGE MAYFIELD.
IT DOES NOT take 600-700 DAYS TO
ANSWER A HABEAS WRIT. UNDER THE
PENALTY OF PERJURE THIS IS
TRUE AND CORRECT TO THE BEST
OF MY KNOWLEDGE. Vincent Bascuaba

EXHIBIT

1  VINCENT ROSENBALM                    7/20/08

2  2100 NAPA VALLEJO HIGHWAY

3  NAPA, CALIFORNIA 94558

4         UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6  VINCENT ROSENBALM    ) MOTION FOR

7          V              ) RECONSIDERATION

8  ED FOULK             ) OF DISMISSALS

9  THOMAS ALLMAN        ) CASE NO: CV08-3436

10                       )

11       JUDGE ILLSTON RECENTLY

12  ATTEMPTED TO DISMISS SEVERAL

13  OF MY CASE(S). I THINK SHE

14  NEEDS TO RECUSE HERSELF FROM

15  ALL OF MY CASES DUE TO A

16  JUDICIAL MISCONDUCT CASE IN

17  THE U.S. COURT OF APPEALS

18  CASE NO: 08-90036. THERE IS DEFINETLY

19  A CONFLICT OF INTEREST IN HER

20  DISMISSING THESE CASES, FURTHERMORE

21  I SHOULD BE ALLOWED TO PROCEED

22  UNDER 28 U.S.C. 1915 (G) DUE TO

23  ATTACKS OF VIOLENCE AND HATE

24  THAT ALMOST ENDED MY LIFE.

25  UNDER THE PENALTY OF PERJURY

26  THIS IS TRUE AND CORRECT TO

27  THE BEST OF MY KNOWLEDGE.

28                    Vincent Rosenbalm

$EXHiBit \ I$



UNITED STATES POSTAL INSPECTION SERVICE

MAY 30, 2007

VINCENT ROSENBALM
2100 NAPA VALLEJO HWY, UNIT 5
NAPA, CA 94558                    Complaint # 6310059

Dear VINCENT ROSENBALM,

The U.S. Postal Inspection Service has received for investigation your
complaint regarding the theft and/or tampering of mail matter.  Your
complaint is being analyzed to develop investigative leads.

We regret any loss or inconvenience caused by this situation.  Please be
assured of our continued attention to the security of mail matter while
in the custody of the U.S. Postal Service.

If you are missing any checks, credit cards, bank statements or other
mail, you should contact the mailers to advise them of your possible
loss, and apply for replacement documents.  If there has been any
fraudulent use of your checks, credit cards or accounts, please provide
all documentation including bank statements, copies (front & back) of
fraudulently cashed checks, etc., and return them using the enclosed
self-addressed envelope which requires no postage.  **Please reference
the above Complaint Number in any future correspondence to our
office.**

Thank you for your assistance in this matter.      $1-800-372-8347$

Sincerely,                                         $3/24/08$

                                                   $CV36901108$

Postal Inspector's Office
201 13th Street, Room 112
Oakland, CA  94612-3921
Phone:  (510) 251-3013
Fax:  (510) 834-7509

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  TO COURT CLERK RICHARD WIEKING,
4  I AM EITHER BEING RELEASED OR
5  FACEING A CHANGE OF CUSTODY
6  THIS WEEK, I WILL KEEP YOU
7  INFORMED OF MY WHEREABOUTS.
8  I FIGURED THESE SUPPLEMENTALS
9  TO MY HABEAS CORPUS ONLY NEED
10  ONE COPY, DUE TO THE ORIGINAL
11  ONLY NEEDING ONE COPY!
12  CHANGING CUSTODY IT MAY BE
13  NEXT TO IMPOSSIBLE TO GET COPIES.
14  IT SEEMS I FACE THE CONSTANT
15  PROBLEM OF ACCESS TO THE COURTS:
16  MY HOPE IS IF I WRITE TO
17  THE COURT FOR SANCTIONS OR
18  INJUNCTIONS THEY WILL SEE
19  THIS PATTERN OF OPPRESSION
20  IN MY WORK. I HAVE CALLED
21  JUDGE WALKERS OFFICE MANY
22  TIMES COMPLAINING AND EDFOLLK
23  THE EXECUTIVE DIRECTOR DOES
24  A GOOD JOB OF NOT ANSWERING
25  COMPLAINTS, I THINK HE THROWS
26  THEM AWAY. UNDER THE PENALTY OF
27  PERJURY THIS IS TRUE AND CORRECT
28  TO THE BEST OF MY KNOWLEDGE.

Vincent Rosenbaum

EXHIBIT K

1   VINCENT ROSENBALM                    7/20/08

2   2100 NAPA VALLEJO HIGHWAY

3   NAPA, CA 94558

4       UNITED STATES DISTRICT COURT

5   NORTHERN DISTRICT OF CALIFORNIA

6   VINCENT ROSENBALM    3  MOTION FOR

7       V                3  APPOINTMENT

8   ED FOULK             3  OF COUNSEL

9   THOMAS ALLMAN        3  CASE NO: CV08-3436

10

11  I CURRENTLY HAVE NO COUNSEL

12  AND THIS IS IN VIOLATION OF

13  THE 6TH AMENDMENT OF THE

14  U.S. CONSTITUTION. I ASK THIS

15  COURT TO APPOINT ME

16  COUNSEL FOR THIS CASE.

17  UNDER THE PENALTY OF PERJURY

18  THIS IS TRUE AND CORRECT

19  TO THE BEST OF MY KNOWLEDGE.

20

21                  Vincent Rosenbalm

22

23

24

25

26

27

28

PROOF OF SERVICE   7/20/08

CASE NO: CV08-3436 SI

I am Vincent Rosenbalm an American citizen over 18 years of age.

On 7/20/08 I served the within FILED

JUL 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1) EXHIBIT(S) · A - K

2) ATTACHMENTS

By placing these in the napa State Hospital Mail Addressed to: Court Clerk

U.S. DISTRICT COURT

450 GOLDEN GATE Ave.

SAN FRANCISCO, CA 94102

From

Vincent Rosenbalm

2100 napa Valley Highway

napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm

Vincent Rosenbalm
2100 Napa vallejo Highway
Napa, CA 94558

<u>LEGAL MAiL</u>
COURt ClerK
U.S. DiStRiCt COURt
450 GOLDENGATE Ave
SAN FRANCiSCO, CA 94102




