VINCENT ROSENBALM                                7/22/08
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558
    UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
    CASE NO: CV08-3436
TO CHIEF JUDGE VAUGH R. WALKER
    ABOUT A WEEK AGO I SENT A WRIT IN FOR A REMOVABLE ACTION. I DO NOT KNOW IF THIS WAS THE CORRECT PROCEDURE? DO YOU HAVE A FORM OR BOOKLET FOR THIS PROCEDURE. CAN YOU SEND ME INFORMATION ON THIS MATTER, I WOULD APPRECIATE IT. ALSO DO YOU HAVE MORE BOOKS ABOUT YOUR COURTS PROCEDURE, Please send them
    I AM STILL UPSET WITH THE DENIAL OF ACCESS TO THE COURTS BY NAPA STATE HOSPITAL, INCLUDING MAIL NOT BEING DELIVERED! HOW CAN I POSSIBLY HAVE A FAIR TRIAL WITH MY DUE PROCESS RIGHTS BEING VIOLATED. SURELY YOU CAN SEE THE MISCONDUCT. UNDER THE PENALTY OF PERJURY THIS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
    Vincent Rosenbalm



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680