1. VINCENT ROSENBALM                                7/27/08
2. 2100 NAPA VALLEJO HIGHWAY                    FILED
3. NAPA, CALIFORNIA 94558                       08 JUL 30 PM 1:24
4. UNITED STATES DISTRICT COURT
5. NORTHERN DISTRICT OF CALIFORNIA
6. VINCENT ROSENBALM } HABEAS CORPUS
7.          V        } CV08-3436.SI
8. ED FOULK          }
9. THOMAS ALLMAN     }
10. TO CHIEF JUDGE VAUGHN R. WALKER,
11.    MY COURT ORDER WAS VACATED BY
12. THE STATE SUPREME COURT 7/9/08
13. CASE NO: S163898 AND COURT OF APPEAL: A116597.
14. YET ED FOULK (EXECUTIVE DIRECTOR OF
15. NAPA STATE Hospital refused to release
16. me, I CALL THIS KIDNAPPING AND
17. CONTEMPT OF COURT. FURTHERMORE
18. I believe HE IS TAMPERING WITH
19. MY FEDERAL COURT MAIL?
20.    CAN YOU SEND ME RECEIPTS
21. FOR ALL MY MAIL, SO I CAN CHECK
22. THEM WITH MY LOG BOOK TO CONFIRM
23. DELIVERY OF MY MAIL TO THE FEDERAL
24. COURTS, OR HAVE A U.S. MARSHAL
25. COME GET ALL MY MAIL TO PUT
26. AN END TO THIS CONTINUAL
27. PROBLEM. I SENT 2 HABEAS MATTERS ON
28. 7/24/08 TO YOUR COURT, BUT DID NOT RECEIVE

page 2 Habeas

Habeas Page 2

1. Receipts? I Received Receipts for
2. MY OTHER LEGAL MAIL 7/24/08, BUT
3. NOT FOR U.S. DISTRICT COURT? CAN
4. YOU CONFIRM THIS MATTER
5.    * 1) 7/24 Approx 15-20 pages habeas
6.        and COPIES OF NAPA, MENDOCINO HABEAS
7.    * 2) 7/24 42 U.S.C. 1983, ARREST WARRANT
8. Please let me know if you received
9. these. I HAVE HAD OTHER LEGAL
10. MAIL DISAPPEAR as of late and
11. having approximately 40-50 cases
12. in Federal court I NEED to MAKE
13. SURE I HAVE MAIL service.
14.    ANOTHER PROBLEM I HAVE JUDGE WALKER
15. IS THESE PEOPLE M-F LOCK ME OUT OF
16. MY ROOM FOR 6 HOURS A DAY AND
17. DENY ME ACCESS to my legal work.
18. WE HAVE ONE LAW LIBRARY COMPUTER
19. AND ONE COPY MACHINE FOR 1100 (approx)
20. PATIENTS, THIS IS NOT SUFFICIENT
21. ACCESS TO THE COURTS, THIS NEEDS
22. TO BE STOPPED. I AM SURE
23. THIS IS ILLEGAL AND WE NEED
24. MORE ACCESS TO THE COURTS. UNDER
25. THE PENALTY OF PERJURY THIS
26. is true and correct to the
27. Best of MY Knowledge.
28.                            Vincent Rosenbalm



Name:

Patient: WILBURN HERRON #20-19-75

Committing Court: 1270   Unit: C.S.B.   Date: 1/24/08

Describe the complaint below:                Do you have Attachments?

[illegible handwritten text] CONTEMPT OF COURT

[illegible handwritten text] DENIED MY [illegible]

T[illegible] ILLEGALLY IMPRISONED

(Patient's Right Response)

This complaint does not support an action of abuse or neglect, punitive withholding or unreasonable denial of patients' rights. This issue is being referred to Program Director Program # _____ for resolution and response. All responses should be provided directly to the patient.

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-01765 SI**

**CASE TITLE: In re VINCENT ROSENBALM**

USCA Case Number:

Dear Sir/Madam:

Enclosed is the NOTICE OF APPEAL in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk
/s/

by: Yumiko Saito
Case Systems Administrator

cc: Counsel of Record

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-2064 SI**

**CASE TITLE: In re VINCENT ROSENBALM**

USCA Case Number:

Dear Sir/Madam:

Enclosed is the NOTICE OF APPEAL in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk
/s/

by: Yumiko Saito
Case Systems Administrator

cc: Counsel of Record

PROOF OF SERVICE                              7/27/08

I am Vincent Rosenbalm, an American citizen over 18 years of age.

ON 7/27/08 I served the within
    1) Habeas corpus (Walker
    2) Attachment
    3) Ninth Circuit paperwork
by placing a copy in the Napa State Hospital Mail Addressed to: U.S. District Court
    450 Golden Gate Ave
    P.O. Box 36060
    San Francisco, CA 94102

SENT FROM
Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge

                    Vincent Rosenbalm

