1  VINCENT ROSENBALM                    FILED  8/17/2008
2  2100 NAPA VALLEJO HIGHWAY  AUG 21 PM 1:24
3  NAPA, CALIFORNIA
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  VINCENT ROSENBALM  } HABEAS CORPUS
7        V          } SUPPLEMENTAL
8  ED FOULK         } CASE NO: CV08-3436 SI
9  ON 7/9/2008 MY COURT ORDER WAS
10 VACATED BY THE COURT OF APPEAL (STATE)
11 AND THE CALIFORNIA STATE SUPREME
12 COURT FOR MENDOCINO COUNTY CASE NO
13 MCUK CRCR06-74005. ACCORDING TO
14 THE LAW AND PENAL CODE 1382(1)
15 ED FOULK - EXECUTIVE DIRECTOR O.F.
16 NAPA STATE HOSPITAL HAD 15
17 DAYS TO HOLD ME OR RELEASE ME.
18 AFTER 15 DAYS WERE UP I CALLED
19 HIS OFFICE AND ASKED TO BE
20 RELEASED, HE REFUSED. THIS
21 IS A VIOLATION OF MY SPEEDY
22 TRIAL RIGHTS AND THIS KIDNAPPING
23 HAS GONE FAR ENOUGH. I ASK FOR
24 AN INJUNCTION OR SANCTION TO
25 RELEASE ME FROM ILLEGAL CUSTODY.
26 IN FACT IT WAS 20 DAYS AFTER THE
27 ORDER WAS VACATED THAT ED FOULK
28 transferred CUSTODY TO MENDOCINO.

1   COUNTY SHERIFFS ON 7/28/2008 ABOUt

2   11:00 AM AND I ARRIVED At MENDOCINO

3   COUNtY JAiL At 1:00 PM tHAt DAY.

4   THEN MENDOCINO SHERiFFS REFUSED

5   tO ARRAiGN ME WitHiN 72 HOURS

6   ANOtHER ViOLAtiON OF MY CONStitutiONAL

7   RiGHtS. THEY ARRAiGNED ME At 1:40

8   PM ON JULY 31, 2008.

9       AFter tHE JULY 31, 2008 hEARiNG

10   MY COURt APPOiNtED Attorney went

11   ON VACAtiON FROM 8/1/2008 to 8/7/08.

12   I CALLED THE PUBLiC DEFENDErs

13   OFFiCE AND THEY TOLD ME SHE

14   WOULD BE GONE FOR A WEEK.

15   I LEFt A MESSAGE ON Her

16   PHONE tO DELiVER ME A WRit

17   OF MANDAtE I NEED FOR tHE

18   COURt OF APPEAL, BUt SHE

19   REFUSED to COME TALK to ME

20   At tHE JAiL AND REFUSED

21   tO DELiVER ME A WRit OF MANDAte

22   tHAt I Believe HAD A 10-DAY

23   LiMit tO FiLE CONCERNiNG A

24   170.6 MOtiON AGAiNSt JUDGE

25   BROWN ON 7/31/08. FURtHERMORE

26   tHE JAiLERS REFUSED tO GiVE ME

27   MY LEGAL PAPerwork, which had

28   A WRit OF MANDAtE iN it, AND

1   ALSO WHEN I REQUESTED A

2   WRIT OF MANDATE WOULD NOT

3   GIVE ME ONE. THE WHOLE 2

4   WEEKS I WAS IN JAIL THEY RE-

5   FUSED TO DELIVER ME MY CON

6   FIDENTIAL LEGAL PAPERS. ON

7   TRANSFER TO NAPA STATE HOSPital

8   ON 8/11/2008 ADMISSIONS REFUSED

9   TO GIVE ME MY CONFIDENTIAL Legal

10   MAIL AND TOLD ME THEY WERE

11   KEEPING IT TO SCAN IT.

12   THIS ACTION OF CONFISCATING

13   MY LEGAL PAPERS HAS BLOCKED

14   MY ACCESS TO THE COURTS AND

15   HAS CAUSED "INJURY" BY

16   MISSING TIME LIMITS AND PERPETUATING

17   MY CONFINEMENT. SUCH IS THE

18   CASE WITH THIS WRIT OF MANDATE.

19   (see Lewis V CASEY 518 U.S.C. 343, 357, 116 S. Ct.

20   2174, 135 L. Ed. 2d 606 (1996).) I NEED MY

21   LEGAL WORK AND COURT PAPERS to

22   FILE MOTIONS IN COURT. HOSPITAL

23   WORKERS TOLD ME THE REASON FOR

24   TAKING MY LEGAL PAPERS WAS TO SCAN

25   THEM. THIS POLICY REQUIRING PRISONERS

26   TO CONFIDENTIAL LEGAL PAPERS FOR

27   SCANNING, COPYING OR INSPECTION IS A

28   VIOLATION OF MY DUE PROCESS. THIS IS

1  A CONSTITUTIONAL ERROR AND THE
2  PROPER REMEDY IS REVERSAL. ON
3  8/14/08 HOSPITAL WORKERS RETURNED
4  MY LEGAL PAPERS, BUT SOME OF THE
5  PAPERWORK WAS MISSING. BECAUSE
6  I AM DENIED PACER I NEED COPIES
7  OF MY PAPERWORK TO CONTINUE MY CASE
8  BUT THIS PROCESS IS DESTROYED BY
9  POLICE TAMPERING WITH MY PAPERWORK.
10  THEY ALSO MIXED FEDERAL AND STATE
11  PAPERWORK TOGETHER. I TRY NOT TO
12  SEND IN TWO COPYS OF THE SAME DOCUMENT
13  TO COURT, BUT IF POLICE DESTROY MY
14  PAPERWORK I HAVE NO WAY TO KEEP
15  RECORD OF WHAT IS SENT. AND MAIL
16  IS ANOTHER STORY, THEY USUALLY
17  GIVE ME RECEIPTS FOR MY MAIL
18  BUT SOMETIME THEY DO NOT? IN
19  THIS CASE I MAY SEND IN TWO
20  COPYS OF THE DOCUMENT JUST TO
21  MAKE SURE THE COURT GETS IT.?
22      CAN THE COURT GET ME A
23  SANCTION OR INJUNCTION TO GET
24  PACER SO I CAN HAVE ACCESS TO THE
25  COURTS? NOT KNOWING IF MY MAIL
26  IS SENT AND POLICE TAMPERING
27  WITH MY LEGAL MAIL IS A SERIOUS
28  ISSUE AND NEEDS TO BE STOPPED.

1  GLUTH V KANGAS, 951 F.2d 1504 (9th Cir. →
2  1991).  THE NINTH CIRCUIT COURT OF APPEAL
3  FOUND DENIAL OF ACCESS TO THE COURTS
4  VIOLATED A PRISONERS' CIVIL RIGHTS.
5  I HAVE BEEN CONTINUALLY DENIED
6  ACCESS TO THE COURTS THROUGHOUT
7  MY CASE.
8  Cal. CODE Reqs. tit. 15 § 3160 Access to courts
9  (A) INMATE ACCESS TO THE COURTS SHALL
10  NOT BE OBSTRUCTED
11  · DENYING ME A WRIT OF MANDATE
12  FROM 7/28/2008 to 8/14/2008 DENIED
13  ME ACCESS TO THE COURTS. I ASKED
14  MY LAWYER FOR ONE, SHE REFUSED.
15  I SENT A REQUEST TO THE JAILERS.
16  THEY REFUSED. I HAD ONE IN MY
17  PROPERTY FOR (3) WEEKS BUT
18  POLICE AND HOSPITAL workers refused
19  me my property. THIS CONSTITUTIONAL
20  error of THE 14th AMENDMENT
21  Requires REVERSAL FOR "DAMAGES"
22  AND "INJURY"
23  · UNDER THE PENALTY OF PERJURY
24  THIS IS true AND CORRECT TO THE
25  Best OF MY Knowledge.
26                    VINCENT ROSENBAUM
27
28                    Vincent Rosenbaum

PROOF OF SERVICE          8/17/2008

I am Vincent Rosenbalm an American citizen over 18 years of age.

ON 8/17/2008 I served tHE WitHiN (5 pages) 1) HABeas CORPUS (SUPPLEMENTAL) by placiNG A COPY iN tHE NAPA StAtE HOSPitAL MAiL ADDRESSED:

COURt cLerk
U.S. DiStRiCt COURt
450 Golden Gate Ave
SAN FRANCiSCO, CA 94102

From
Vincent Rosenbalm
2100 napa Vallejo Highway
Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm

SAN FRANCISCO CA

20 AUG 2008

AUG 19 2008 PM

94615

Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558

LEGAL MAIL
COURT CLERK
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

94102835561 C004