1  VINCENT ROSENBALM                    FILED 8/20/08
2  2100 NAPA VALLEJO HIGHWAY   08 AUG 25 PM 2:34
3  NAPA, CA 94558
4        UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  VINCENT ROSENBALM   } MOTION FOR APPOINTMENT
7        V           } OF COUNSEL.
8  ED FOULK          } Habeas CORPUS
9  THOMAS ALLMAN      } CV08-3436 SI
10     I ASK FOR APPOINTMENT OF COUNSEL
11 DUE TO INEFFECTIVE ASSISTANCE OF
12 COUNSEL EXHIBIT(S) A, B, C AND DENIAL
13 OF THE STATE SUPREME COURT TO REVIEW
14 MY CASE (S163898).
15     Appellate COUNSEL'S FAILURE TO RAISE AN
16 ISSUE ON DIRECT APPEAL MAY CONSTITUTE
17 INEFFECTIVE ASSISTANCE OF COUNSEL, EVEN
18 WHEN THE STATE COURT HAS PREVIOUSLY
19 REJECTED THE ARGUMENT, IF FEDERAL
20 CIRCUIT PRECEDENT SUPPORTED THE
21 CLAIM (see FREEMAN V LANE (7th CIR 1992)
22 962 F 2d 1252) EXHIBIT(S) INCLUDED
23 SHOW DENIAL OF EFFECTIVE COUNSEL FOR
24 (2) COURT APPOINTED ATTORNEYS LINDA THOMPSON
25 AND JULIA SPIKES WHO FOR 23 MONTHS
26 REFUSED TO VISIT ME IN CUSTODY! NOT ONCE!
27 UNDER THE PENALTY OF PERJURY THIS
28 IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE
                              Vincent Rosenbalm

1   PROOF OF SERVICE  8/18/2008
2   I AM VINCENt ROSENBALM AN
3   AMERICAN CItiZEN OVER 18 YEARS
4   OF AGE
5
6   ON 8/20/2008 I served tHE WitHiN
7       1) MOTIONS FOR APPOintMENt OF COUNSEL/Habeas
8       2) EXHiBits A(6); B(5), C(3)  14 PAGES
9       3) SUPREME COURt Petition Review S163898
10      4) 11 PAGE NOtice OF APPEAL (MENDOCINO 8/18/08)
11  BY PLACING AN ENVELOPE iN tHE
12  NAPA StAtE HOSPitAL MAiL.
13  ADDRESSED TO: COURt CLERK
14          U.S. DiStRiCt COURt
15          450 GOLDEN GAte AVe
16          SAN FRANCiSCO, CA 94102
17  From
18          Vincent Rosenbalm
19          2100 NAPA VALLEJO HiGHWAY
20          NAPA, CA 94558
21
22  Under the PENALtY OF PERJURY
23  tHiS iS TRUE AND CORRECt to
24  tHE BESt OF MY KNowledge.
25
26              VINCENt ROSENBAUM
27
28              Vincent Rosenbalm

Court of Appeal, First Appellate District, Div. 5 - No. A116597
**S163898**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

THE PEOPLE, Plaintiff and Respondent,

v.

VINCENT LEE ROSENBALM, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
**FILED**

JUL ‑ **9** 2008

Frederick K. Ohlrich Clerk

_____

Deputy

**GEORGE**
_____
Chief Justice

EXHIBIT A PAGE 1

**S163898**

FILED WITH PERMISSION

5/21/08

SUPREME COURT
FILED

VINCENT ROSENBALM

2100 NAPA VALLEJO HIGHWAY UNIT 5

NAPA, CALIFORNIA 94558

SUPREME COURT OF CALIFORNIA    MAY 29 2008

FIRST DISTRICT COURT OF APPEAL CASE NO: A116597    Frederick K. Ohlrich Clerk

PEOPLE OF THE STATE OF                    Deputy

CALIFORNIA                }  NOTICE OF APPEAL

          V.              }  FILED AS:
                          }  PETITION FOR REVIEW
VINCENT LEE ROSENBALM    }

NOTICE IS HEREBY GIVEN THAT VINCENT ROSENBALM
WISHES TO APPEAL CASE NO: A116597 FROM
THE FIRST DISTRICT COURT OF APPEAL TO
THE SUPREME COURT OF CALIFORNIA.
I ASK FOR ASSISTANCE OF COUNSEL
UNDER PENAL CODE 1240.1. I HAVE
INCLUDED A WRIT CONCERNING INEFFECTIVE
ASSISTANCE OF COUNSEL FOR ATTORNEY
JULIA SPIKES ON THE FIRST APPELLATE
DISTRICT CASE. YOU WILL SEE SHE
VIOLATED MY RIGHTS TO PROPER COUNSEL.
I ASK YOU TO APPOINT NEW COUNSEL
WHO WILL ARGUE ALL THE GROUNDS
NOT 1. (EXHIBIT 1 - INEFFECTIVE ASSIS-
TANCE OF COUNSEL) UNDER THE PENALTY
OF PERJURY THIS IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.

                              Vincent Rosenbalm

VINCENT ROSENBALM                          5/17/08

2100 NAPA VALLEJO HIGHWAY unit 5

NAPA, CALIFORNIA 94558

SUPREME COURT OF CALIFORNIA

VINCENT ROSENBALM              }
                               } INEFFECTIVE
         V                     } ASSISTANCE OF COUNSEL
                               }
EO FOULK-NAPA State Hospital   } COURT OF APPEAL
                               } FIRST Appellate District
                               } CASE NO: A116597

INEFFECTIVE ASSISTANCE OF COUNSEL

     JULIA SPIKES FAILED TO FULFILL HER

DUTIES AS APPOINTED APPELLATE COUNSEL BY

FAILING TO "ARGUE ALL ISSUES THAT ARE ARGUABLE"

People v. Feggans (1967) 67 Cal. 2d 444, 447

[ 62 Cal. Rptr. 419, 432 P. 2d 27] see also PEOPLE v WENDE,

supra., 25 Cal. 3d 436.; People v. Barton supra. 21 Cal

3d at P. 519 THESE ARE THE ISSUE SHE FAILED TO ARGUE.

     1) DENIAL OF SPEEDY TRIAL PC 1382

     2) DENIAL OF COMPETENCY HEARING PC 1368

     3) PERJURY BY DOCTORS AND POLICE

     4) DENIAL OF BAIL

     5) DENIAL OF DISCOVERY

     6) DENIAL OF WITNESSES

     7) PC 859 b -10 DAY PRELIMINARY

     8) JUDICIAL MISCONDUCT

     9) REFUSAL TO ANSWER Habeas

     10) RETURN OF PROPERTY

     11) CHALLENGE TO SEARCH WARRANT

     12) MALICIOUS PROSECUTION

INEFFECTIVE ASSISTANCE OF COUNSEL Page 2

13) INTERLOCUTORY ORDER (JUDGE ILLSTON)

THESE ARE JUST A FEW OF THE ISSUES I NEEDED ARGUED ON APPEAL. DUE TO JULIA SPIKES REFUSAL TO COME SEE ME AND FILE MOTIONS I NEED FILED I REMAIN ILLEGALLY IMPRISONED AND MILLIONS OF DOLLARS OF DAMAGE HAVE OCCURRED. ANOTHER PATIENT (BILLY CARTER) told me he is also having TROUBLE GETTING Her to DO Her JOB!!

SHE FILED MOTIONS OR BRIEFS ON ONLY 1 GROUND (MARSDEN) THE WHOLE 16 MONTHS OF APPEAL AND REFUSED TO COME talk TO ME AND REFUSED TO ARGUE THESE 13 GROUNDS I NEED ARGUED. DUE TO HER LACK OF JOB PERFORMANCE I REMAIN ILLEGALLY IMPRISONED. IF SHE WOULD HAVE ARGUED THE GROUNDS I WANTED Her TO ARGUE I PROBABLY WOULD HAVE BEEN RELEASED A YEAR AGO!

A HABEAS Petitioner NEED NOT ESTABLISH THAT HE WAS ENTITLED TO REVERSAL IN ORDER TO SHOW PREJUDICE IN THE DENIAL OF APPELLATE COUNSEL (People V. RHODEN ((1972) 6 Cal. 3d 519, 524 [99 Cal. RPtr. 751, 492 P. 2d 1143] IN re Smith supra., 3 Cal. 3d at p. 202) IN THE CONTEXT OF THE FACTS OF THOSE

INEFFECTIVE ASSISTANCE OF counsel page 3

CASES, IN SMITH AND RHODEN, supra., our
SUPREME COURt HELD THE INEXCUSABLE
FAILURE OF DEFENDANT'S APPELLATE
COUNSEL to RAISE CRUCIAL ASSIGNMENTS
OF ERROR, WHICH ARGUABLY MIGHT HAVE
RESULTED IN A REVERSAL, DEPRIVED
THE Petitioner OF THE EFFECTIVE ASS—
ISTANCE OF APPellate COUNSEL to WHICH
he was entitled UNDER THE CONSTITUTION.
     JULIA SPIKES MADE AN INEXCUSABLE
ERROR BY FAILING TO RAISE GROUNDS
NEEDED to END MY CASE AND GRANT
ME PROPER RETRIBUTION FOR DAMAGES
DONE.  A SIMPLE WRIT OF MANDATE
MAY BE NEEDED to END THE CORRUPTION
AND MALICIOUS PROSECUTION. It is BAD
ENOUGH THE COURT AND POLICE HAVE
COMMITTED HUNDREDS OF CRIMES
AGAINST ME AND MY PROPERTY., BUt
to have a lawyer (JULIA SPIKES) refuse
to come see me custody, refuses to
go over THE TRANSCRIPTS AND Refuse
to argue points I NEED ARGUED
IS UNEXCUSABLE. I BELIEVE THIS
CONSTITUTIONAL ERROR IS REVERSIBLE
AND I INTEND to PURSUE it all
THE WAY to THE END!
     I WILL SPEND THE NEXT FEW PAGES

INEFFECTIVE ASSISTANCE OF COUNSEL PAGE 4

1 BRIEFLY GOING OVER THESE 13 GROUNDS +

2 14 (MARSDEN).

3   GROUND 1 - SPEEDY TRIAL - I WAS AR-

4 RESTED ON 10/19/06 AND A COURT ORDER WAS

5 SIGNED 69 DAYS LATER 12/26/2006 COM-

6 MITTING ME TO NAPA STATE HOSPITAL.

7 I DID NOT WAIVE. ~~~~~ TIME AND WAS

8 NOT TAKEN TO TRIAL IN 60 DAYS, FURTHERMORE

9 I WAS HELD IN JAIL TILL FEBRUARY 7, 2007

10 I BELIEVE I SPENT ABOUT 100 DAYS IN

11 THE COUNTY JAIL WITH NO TRIAL.

12 GROUND 2 - I NEVER HAD A COMPETENCY

13 HEARING (NO WITNESSES, NO JURY?)

14 GROUND 3 - DOCTOR (WILTSE) AND (ROSOFF)

15 COMMITTED PERJURY TO DETAIN ME ILLEGALLY

16 UKIAH POLICE OFFICERS (CABRAL) AND

17 (STARK) COMMITTED PERJURY TO DETAIN

18 ME ILLEGALLY.

19 GROUND 4 - I HAVE BEEN HELD WITH

20 NO BAIL FROM 11/13/06. I CONSIDER

21 THIS CRUEL AND UNUSAL PUNISHMENT.

22 GROUND 5 - BOTH JULIA SPIKES AND

23 LINDA THOMPSON REFUSED ME A FULL

24 DISCOVERY.

25 GROUND 6 - BECAUSE OF INEFFECTIVE

26 ASSISTANCE OF COUNSEL I HAVE BEEN

27 HELD ALMOST 2 YEARS AND DENIED

28 WITNESSES FOR AND AGAINST.

EXHIBIT A PAGE 5

INEFFECTIVE ASSISTANCE OF COUNSEL pages

NO WITNESSES HAVE BEEN PUT ON THE STAND

to CROSS-EXAMINE?

GROUND 7 - I WAS REFUSED A PRELIMINARY

WITHIN 10 DAYS DUE TO LAWYER

LINDA THOMPSON GOING ON VACATION.

THIS VIOLATES PENAL CODE 859 b.

GROUND 8 - SEVERAL JUDGES HAVE

COMMITTED JUDICIAL MISCONDUCT IN

THIS CASE!

GROUND 9 - JUDGE MAYFIELD REFUSES

to ANSWER Habeas CORPUS WRITS

FROM OCTOBER AND November 2006.

I Believe THE TRANSCRIPTS FROM

OCTOBER OR NOVEMBER 2006 say

THE COURT HAD 60 DAYS to ANSWER

tHOSE WRITS.

GROUND 10 - POLICE HAVE STOLEN CASH

AND CHECKS AND OTHER PROPERTY

illegally - tHIS NEEDS to Be RETURNED

GROUND 11

GROUND 11 - AN ILLEGAL search warrant

Was served by OFFICER Stark, tHIS

NEEDS CHALLENGE.

GROUND 12 - PENAL CODE 1447 AND

1191.2 ALLOWS FOR RETRIBUTION FOR

FOR MALICIOUS PROSECUTION.

GROUND 13 - ON OR ABOUT MAY 3, 2008

JUDGE tILLSTON ILLEGALLY TERMINATED

EXHIBIT A PAGE 6

INEFFECTIVE ASSISTANCE OF COUNSEL page 6

THE LITIGATION IN BOTH Federal AND State courts WITH AN INTERLOCUTORY ORDER, I Believe this NEEDS to be corrected. ON 5/13/2008 I SENT A NOTICE OF APPEAL TO THE COURT OF APPEAL FIRST APPELLATE DISTRICT to APPEAL CASE A116597 TO THE SUPREME COURT OF CALIFORNIA. MY HOPE IS MY NEW APPELLATE Attorney will go over ALL THE TRANSCRIPTS AND ARGUE THESE 13 GROUNDS + 14 THE MARSDEN MOTION PROBLEM AS THIS ALSO NEEDS TO BE ADDRESSED.

JULIA SPIKES (SBN 201272) HAS REFUSED to ARGUE THESE 13 GROUNDS NEEDED TO WIN MY CASE. HER LAZY ATTITUDE HAS KEPT ME ILLEGALLY IMPRISONED. SHE NEEDS to ARGUE ALL THE GROUNDS AND WORK HARDER TO PROPERLY REPRESENT HER CLIENTS. ARGUMENT OF 1 GROUND AND REFUSING TO COME TALK to me IS LAWYER MISCONDUCT. AS FAR AS I AM CONCERNED SHE IS "FIRED" I NEED AN ATTORNEY WHO CAN GIVE ME 110% AND FIGHT FOR ME! UNDER THE PENALTY OF PERJURY THIS IS TRUE AND CORRECT to THE BEST of my KNOWLEDGE.

EXHIBIT B PAGE 1

1  VINCENT ROSENBALM          8/18/08
2  2100 NAPA VALLEJO HIGHWAY
3  NAPA, CA 94558
4     UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  VINCENT ROSENBALM ) HABeas CORPUS
7       V            ) SUPPLEMENTAL
8  ED FOULK          )
9  THOMAS ALLMAN   ) CASE NO: CVO8-3436
10    INEFFECTIVE ASSISTANCE OF COUNSEL
11   ON 8/18/2008 I SENT A NOTICE OF
12 APPEAL TO UKIAH SUPERIOR COURT (Clerk)
13 AND 5/29/2008 A PETITION WAS FILED
14 WITH THE SUPREME COURT OF CALIFORNIA
15 I AM SENDING YOU INFORMATION.
16 ABOUT INEFFECTIVE ASSISTANCE OF
17 COUNSEL IN THESE MATTERS. IN SUPERIOR
18 COURT ATTORNEY LINDA THOMPSON
19 REFUSES TO COME VISIT ME IN JAIL
20 AND REFUSES TO RETURN OR ANSWER
21 MY PHONE CALLS. AND ATTORNEY
22 JULIA SPIKES REFUSES TO COME
23 TALK TO ME, IN FACT 23 MONTHS
24 OF ILLEGAL INCARCERATION NO
25 ATTORNEY APPOINTED HAS COME TO SEE
26 ME, NOT ONCE??? HOW CAN I HAVE
27 EFFECTIVE COUNSEL IF NO ATTORNEY
28 WILL FILE MOTIONS I NEED FILED.

EXHIBIT B PAGE 2

1. ATTORNEY LINDA THOMPSON STATE BAR #118430
2. HAS TAKEN (2) VACATIONS WHILE I HAVE
3. BEEN IN THE COUNTY JAIL. HOW CAN
4. SHE TAKE VACATIONS AND DEFEND
5. ME AT THE SAME TIME? IMPOSSIBLE
6. AT ARRAIGNMENT ON 10/23/2006 SHE
7. TOLD ME SHE WAS GOING ON VACATION.
8. I SAW A CONFLICT OF INTEREST AND
9. ASKED FOR A MARSDEN Hearing, I DID
10. NOT GET ONE UNTIL 7/31/2008. THIS
11. IS A VIOLATION OF MY DUE PROCESS
12. AND 14th AMENDMENT RIGHTS.
13. NOT ONLY DOES SHE REFUSE TO
14. talk to me, but refused me Discovery.
15. I DID NOT HAVE A PRELIMINARY IN
16. OVER 60 DAYS. I WAS ARRAIGNED ON
17. 10/23/2006 AND ON 12/26/2006 committed
18. TO THE STATE HOSPITAL. PENAL CODE 859(b)
19. states DIMISSAL FOR NO PRELIMINARY
20. IN 60 DAYS. I WAS ALSO REFUSED
21. A SPEEDY TRIAL AND DENIED
22. WITNESSES AND DENIED A COMPetency
23. Hearing.
24. THE WORST OFFENSE WAS ON OR
25. ABOUT 4/10/2007 LINDA THOMPSON
26. FILED COURT PAPER TO INVOLUNTARILY
27. MEDICATE ME, WITHOUT EVEN NOTIFYING
28. ME, SHE WAS NOT EVEN Attorney OF RECORD.

EXHIBIT B PAGE 3

1  ON 4/10/2007 JULIA SPIKES WAS MY ATTORNEY
2  OF RECORD. LINDA THOMPSON WAS
3  SEEKING REVENGE FOR A STATE BAR
4  COMPLAINT TO POISON ME. PENAL CODE 347
5      DUE TO LINDA THOMPSON'S
6  VACATION MOST OF MY CIVIL RIGHTS
7  HAVE BEEN VIOLATED AND I
8  REMAIN ILLEGALLY INCARCERATED.
9  A) NO PRELIMINARY IN 60 DAYS
10 B) NO SPEEDY TRIAL IN 60 DAYS
11 C) NO DISCOVERY
12 D) REFUSES TO ARGUE ANY ISSUES
13 E) NO BAIL
14 F) MISREPRESENTATION
15   I BELIEVE ON 7/31/08 SHE TOLD:
16 JUDGE RON BROWN SHE WAS GOING
17 TO SEE HER FATHER AND THE PUBLIC
18 DEFENDERS OFFICE SAID SHE WAS
19 ON VACATION 8/1/2008 TO 8/7/2008.
20 SHE REFUSED TO BRING ME A WRIT
21 OF MANDATE, AS I LEFT A MESSAGE
22 ON HER PHONE TO DELIVER IT TO THE
23 JAIL. SHE CANNOT POSSIBLY DEFEND
24 ME AND BE ON VACATION.
25 UNDER THE PENALTY OF PERJURY
26 THIS IS TRUE AND CORRECT TO THE
27 BEST OF MY KNOWLEDGE.
28                    Vincent Rosenbaum

*EXHiBiT B PAGE 4*

Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558

# U.S. District Court
# Northern District of California
# Case Number CO7_4197 si pr

**Mendocino County Superior Court**
**Cases**
**MCUK CVUD 06-10320**
**MCUK CR CR 06-74005**
**Marsden Motion for Attorney Linda Thompson SBN#118430**

1. **Conflict of Interest Mendocino Superior court appointed Linda Thompson who was going on vacation.**

2. **No Discovery**

3. **Misrepresentation**

4. **Never came to see me, not once!!!!**

5. **Never returned phone calls, it is not possible to being on vacation, definitely a problem**

6. **Filed false documents on or about 4/10/07 as means of revenge for state bar complaints**

7. **Refused bail**

8. **Denied witnesses**

9. **Denied speedy trial within 60 days due to lawyer vacation**

10. **Malicious prosecution**

11. **Superior Court refused to have Marsden hearing illegally** *FOR OVER 600DAYS.*

**Vincent Rosenbalm**
*4/15/2008*

EXHIBIT D

Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558
707 252 9949

### Declaration in Support of Marsden

I have been denied a visit by lawyers for over 19 months of trial and denied counsel in all stages of trial. Attorney Julia Spikes SBN #201272 refuses to come to talk to me to file necessary motions and file documents needed to be filed. This definitely is a conflict of interest of interest.

How can Julia Spikes defend me if she refuses to come to talk to me? Meanwhile I am denied court access by the person in charge of my custody such as copy machines, computer access and proper mail service and more, yet Julia refuses to help me file documents and insure me access to the courts. She needs to put in 110% to represent me, not a half hearted effort. Furthermore Mendocino appointed me Linda Thompson who told me she could not represent me due to going on vacation. The court refused to allow me to fire here even so, which is illegal of them to deny a marsden hearing. How can a lawyer be on vacation and defend me??? This is a conflict of interest.

Vincent Rosenbalm
4/15/08

*EXHIBIT C Page 1*

**OFFICE OF PATIENTS' RIGHTS**
**NAPA STATE HOSPITAL**

| Office of Patients' Rights use only |
| --- |
| Date received by O.P.R.: |
| Service #. |
| Date Closed: |

- **Formal Complaint Form**

Patient Name: VINCENT ROSENBALM  ID#: 2069375

Commitment Code: 1370   Unit #: Q5/6  Date: 7/24/08

Describe your complaint below:       * Do you have Attachments? ____

ED FOULK YOU ARE IN CONTEMPT OF COURT
AND GUILTY OF KIDNAPPING
COURT ORDER A116597 AND S163898 FROM
THE SUPREME COURT VACATED MY COMMITMENT
ORDER ON 7/09/08, YOU HAD 15 DAYS TO HOLD
ME, OR RELEASE ME, AND 16 HAVE PASSED.
UNDER PENAL CODE 1382(1)
I AM ILLEGALLY IMPRISONED!

Office of Patients' Rights Response:

Patients' Rights Advocate signature: _____ Date: _____

This complaint does not support an action of abuse or neglect, punitive withholding or unreasonable denial of patients' rights. This issue is being referred to Program Director: _____, Program # _____ for resolution and response. All responses should be provided directly to the patient.

Form NSH-130 (Triplicate document)

## MENDOCINO COUNTY SHERIFF'S OFFICE
### Corrections Division

### INMATE REQUEST FORM

"A"#: 2

Name: ROSENBAUM    VINCENT    L
Last            First         Middle

Date: 8/4/08          Housing Assgmnt: A 2

Check One: ☐ Writ    ☐ Grievance    ☐ Classification    ☐ AIDS Testing
☐ Inmate Services    ☐ Probation    ☐ Release Date
☒ Other: writ in property

Explanation/Comment (PRINT CLEARLY – ONLY ONE REQUEST PER FORM):

I NEED TO GET A writ out of
MY PROPERTY AS SOON AS
POSSIBLE IT NEEDS TO BE
MAILED BY FRIDAY

C/D SIGNATURE REQUIRED: _____

Date: _____ Routed to: _____    I.D.# _____

Response/Action Taken:

C/D SIGNATURE REQUIRED: _____

Date: _____    ID# _____    Date: _____

---

## MENDOCINO COUNTY SHERIFF'S OFFICE
### Corrections Division

### INMATE REQUEST FORM

"A"#: 2

Name: ROSENBAUM    VINCENT
Last            First         Middle

Date: _____    Housing Assgmnt: _____

Check One: ☐ Writ    ☐ Grievance    ☐ Classification    ☐ AIDS Testing
☐ Inmate Services    ☐ Probation    ☐ Release Date
☒ Other: Appeal Form

Explanation/Comment (PRINT CLEARLY – ONLY ONE REQUEST PER FORM):

FORM MOTION FOR Appeal
or Appeal FORM FOR
Court Clerk
ONE - PAGE FORM

C/D SIGNATURE REQUIRED: _____

Date: _____ Routed to: _____    I.D.# _____

Response/Action Taken:

Respondent's Name: _____    ID# _____    Date: _____

## MENDOCINO COUNTY SHERIFF'S OFFICE
### Corrections Division

#### INMATE REQUEST FORM

"A"#: 03912

Name: ROSENBALM VINCENT
    Last          First          Middle

Date: 8/7/08     Housing Assgmnt: A 2

*****************************************************

**Check One:** ☐ Writ   ☐ Grievance   ☐ Classification   ☐ AIDS Testing
☐ Inmate Services   ☐ Probation   ☐ Release Date
☑ Other:

*****************************************************

Explanation/Comment (PRINT CLEARLY – ONLY ONE REQUEST PER FORM):

LieTenANT – SeRgeNT
I NEED TO GET A WRiT
OuT oF MY PRoPeRTY it bRokeN
I Told officers it booking
if I was nere more thon 1 wek
I would need legal week
OuT oF PRoPeRTy

+++++++++++++++++++++++++++++++++++++++++++++++++++++

**C/D SIGNATURE REQUIRED:**     I.D. #

Date:     Routed to:

*****************************************************

Response/Action Taken:

+++++++++++++++++++++++++++++++++++++++++++++++++++++

Respondent's Name:     ID#     Date:

PINK - Inmate Keeps     YELLOW-Response to Inmate     WHITE-"A" File (When Completed)

---

## MENDOCINO COUNTY SHERIFF'S OFFICE
### Corrections Division

#### INMATE REQUEST FORM

"A"#: 2

Name: ROSENBALM VINCENT
    Last          First          Middle

Date: 7/29/08     Housing Assgmnt: A 2

*****************************************************

**Check One:** ☑ Writ   ☐ Grievance   ☐ Classification   ☐ AIDS Testing
☐ Inmate Services   ☐ Probation   ☐ Release Date
☐ Other:

*****************************************************

Explanation/Comment (PRINT CLEARLY – ONLY ONE REQUEST PER FORM):

WRit oF MANDATE

+++++++++++++++++++++++++++++++++++++++++++++++++++++

**C/D SIGNATURE REQUIRED:**     I.D. #

Date:     Routed to:

*****************************************************

Response/Action Taken:

+++++++++++++++++++++++++++++++++++++++++++++++++++++

Respondent's Name:     ID#     Date:

PINK - Inmate Keeps     YELLOW-Response to Inmate     WHITE-"A" File (When Completed)
Form 26

CR-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| VINCENT ROSENBALM<br>2100 NAPA VALLEJO HIGHWAY<br>NAPA, CALIFORNIA 94558<br>TELEPHONE NO.: (707) 252-9949   FAX NO.:<br>ATTORNEY FOR (Name): | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br>vs.<br>DEFENDANT:<br>Date of birth: 11-28-59   California Dept. of Corrections No. (if applicable): |

| NOTICE OF APPEAL—FELONY (DEFENDANT)<br>(Pen. Code, §§ 1237,1538.5(m); Cal. Rules of Court, rule 8.304) | CASE NUMBER(S):<br>MCUKCRCR06-74005 |
|---|---|

---

**NOTICE**

- If your appeal challenges the validity of the plea you must complete the *Request for Certificate of Probable Cause* on the other side of this form. (Pen. Code, § 1237.5.)
- You must file this form in the superior court within 60 days after entry of judgment.

---

1. Defendant (name): VINCENT ROSENBALM

   appeals from the order or judgment entered on (specify date of order, judgment, or sentence):  7 | 31 | 2008

2. This appeal follows:
   a. ☐ A jury or court trial. (Pen. Code, § 1237(a).)
   b. ☐ A contested violation of probation. (Pen. Code, § 1237(b).)
   c. ☐ A guilty (or no-contest) plea or an admitted probation violation (check all boxes that apply):
      (1) ☐ This appeal is based on the sentence or other matters occurring after the plea. (Cal. Rules of Court, rule 8.304.)
      (2) ☐ This appeal is based on the denial of a motion to suppress evidence under Penal Code section 1538.5.
      (3) ☐ This appeal challenges the validity of the plea or admission. (You must complete the *Request for Certificate of Probable Cause on the other side of this form.*)
   d. ☒ Other (specify): PREJUDICIAL ERROR ON APPEAL to the STATE COURT OF APPEAL AND STATE SUPREME COURT MARSDEN HEARING 7/31/08 !

3. ☐ I request that the court appoint an attorney on appeal. Defendant ☐ was   ☒ was not
   represented by an appointed attorney in the superior court. ASK FOR APPOINTMENT OF COUNSEL
   PENAL CODE 1240.1
4. Defendant's address: ☐ same as in attorney box above.
   ☒ as follows:
      2100 NAPA VALLEJO HIGHWAY
      NAPA, CALIFORNIA 94558

Date: 8/15/08

VINCENT ROSENBALM                    ▶ *Vincent Rosenbalm*
(TYPE OR PRINT NAME)                        (SIGNATURE OF DEFENDANT OR ATTORNEY)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>CR-120 [Rev. January 1, 2007] | **NOTICE OF APPEAL—FELONY (DEFENDANT)**<br>(Criminal) | Penal Code, §§ 1237, 1538.5(m).<br>Cal. Rules of Court, rule 8.304<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

CR-120

| PEOPLE OF THE STATE OF CALIFORNIA vs. | CASE NUMBER(S): |
|---|---|
| DEFENDANT: | |

## REQUEST FOR CERTIFICATE OF PROBABLE CAUSE

I request a certificate of probable cause. The reasonable constitutional, jurisdictional or other grounds going to the legality of the guilty plea, no contest plea or probation violation admission proceeding are *(specify):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DEFENDANT OR ATTORNEY)

## COURT ORDER

This *Request for Certificate of Probable Cause is (check one):*  ☐ granted  ☐ denied.

Date:

_____

CR-120 [Rev. January 1, 2007]

**NOTICE OF APPEAL—FELONY (DEFENDANT)**
**(Criminal)**

JUDGE

Page 2 of 2

EXHIBIT A PAGE 1

1  VINCENT ROSENBALM                                    8/15/08
2  2100 NAPA VALLEJO HIGHWAY
3  NAPA, CALIFORNIA 94558
4     MENDOCINO SUPERIOR COURT
5  PEOPLE OF THE STATE  ) 3 GROUNDS FOR APPEAL
6  OF CALIFORNIA        )
7          V            ) MENDOCINO SUPERIOR COURT
8  VINCENT ROSENBALM    ) CASE NO: MCUKCRCRD6-74005
9  1) JUDICIAL MISCONDUCT (JUDGE RON BROWN)
10 2) INEFFECTIVE ASSISTANCE OF COUNSEL
11 BASED ON ATTORNEY (LINDA THOMPSON)
12 3) DENIAL OF ACCESS to COURtS. WHiCH
13 INCLUDES BUt NOt LiMiTED to POLICE
14 CONFISCATING AND SCANNING MY CON-
15 FIDENTIAL LEGAL PAPERS.
16 4) VIOLATION OF TIME LIMITS
17    A) NOt ARRAIGNED iN 72 HOURS
18    B) HELD 20 DAYS AFter COURt ORDER VACATED
19    C) NO TRiAL, NO PRELIMINARY iN 60 DAYS
20    D) SEE PENAL CODE(S) 1382, 859(b)
21 5) OtHER VIOLAtiON(S) OF MY StAte AND
22    FEDERAL CONStitutiONAL RiGHtS
23 6) JUDGE MAYFiELD REFUSING to ANSWER
24    A HABEAS CORPUS OVER 600 DAYS
25 UNDer tHE PENALtY OF PERJURY tHiS
26 iS tRUE AND CORRECt to tHE BESt OF
27 MY KNOWLEDGE.    VINCENT ROSENBALM
28                        Vincent Rosenbalm.

GROUNDS FOR APPEAL          8/15/08

1.) JUDICIAL MISCONDUCt (JUDGE RON BROWN)

ON 12/26/2006 JUDGE RON BROWN
COMMitED ME tO NAPA StAtE HOSPitAL.
ONLY PROBLEM IS HE REFUSED ME A
COMPETENCY HEARiNG WitH WitNESSES.
THiS ViOLAtES MY 14th AMEND MENt DUE
PROCESS RiGHtS. FAiLURE tO HOLD A
COMPEtENCY HEARiNG PURSUANt tO PENAL
CODE 1368 iS REVERSiBLE ERROR. ——→
PEOPLE V. StANKEWitZ, 32 Cal. 3d₀ 80, 184 Cal. RPtr. 611 (1982)
DUE PROCESS REQUiRES A FULL COMPEtENCY Hearing
PEOPLE V. DANiELSON 3Cal. 4th 691, 13 Cal. RPtr. 2d 1 (1992)
ON 7/31/2008 I HAD A HEARiNG iN MEN-
DOCiNO SUPERiOR COURt AND JUDGE BROWN
WAS tHE JUDGE. I IMMEDiAtELY ASKED
FOR A 170.6 MOtiON tO DiSQUALiFY
HiM. SECtiON 170.6 ALLOWS SUCH A CHALL-
ENGE tO AVOiD POtENtiAL BiAS BY A
JUDGE REVERSED ON APPEAL. THiS WAS
tHE CASE tHAt DAY, AND I GAVE HiM A
170.6 MOtiON tHAt DAY.
GEDDES V. SUPERiOr COURt (2005) 126, Cal. APP. 4th 417,
423 (Geddes).) JUDGE BROWN REFUSED tO
HONOR MY 170.6 MOtiON WHiCH iS A CON-
StitUtiONAL ERROR, AND BECAUSE tHE ERROR
AFFECtED tHE INtEGRitY OF tHE JUDiCiAL
PROCESS, REVERSAL iS REQUiRED.

2) INEFFECTIVE ASSISTANCE OF COUNSEL
   ON OR ABOUT 10/23/2006 I WAS APPOINTED
ATTORNEY LINDA THOMPSON, WHO TOLD ME
SHE COULD ONLY REPRESENT ME ONE DAY
DUE TO AN UPCOMING VACATION. I SENSED
A CONFLICT OF INTEREST AND ASKED FOR
A MARSDEN HEARING. JUDGE MAYFIELD
REFUSED ME A HEARING AND SO DID
JUDGE BROWN. IN FACT I WAS REFUSED
A MARSDEN HEARING UNTIL 7/31/2008
A TOTAL OF 21 MONTHS.
   DUE TO LINDA THOMPSON BEING ON
VACATION I WAS DENIED DISCOVERY,
WITNESSES, SPEEDY TRIAL AND SEVERAL
OTHER DUE PROCESS RIGHTS. SHE HAS
NEVER ANSWERED MY PHONE CALLS AND
REFUSES TO COME VISIT ME AT JAIL.
SHE HAS NEVER DONE HER JOB.
IN FACT AS REVENGE FOR ME FILING
COMPLAINTS WITH THE STATE BAR SHE
FILED A MOTION TO INVOLUNTARILY
MEDICATE ME WITHOUT EVEN NOTIFYING
ME. THIS AMOUNTS TO POISONING UNDER
PENAL CODE 347. THIS MOTION WAS ON OR
ABOUT 4/10/2007 AND SHE WAS NOT EVEN
MY ATTORNEY OF RECORD AT THE TIME
I HAD ATTORNEY JULIA SPIKES WORK-
ING ON MY CASE. (SBN 201272)

1  " LINDA THOMPSON CANNOT POSSIBLY
2  DEFEND ME AND BE ON VACATION
3  At +HE SAME TIME, I BELIEVE
4  SHE COMMITTED DOZENS OF CRIMES
5  AGAINSt ME, But +o POISON ME IS
6  A LOW BLOWo SHE FALSIFIED COURt
7  RECORDS +O DO +HIS, WHEN SHE WAS
8  NOt EVEN MY A++ORNEY OF RECORD.
9      ON 7/31/ 2008 I WAS FINALLY GIVEN
10 A MARSDEN HEARING +O BRING UP
11 SOME OF HER MiS CONDUCt. THiS Hearing
12 LAStED ABOut 50 MiNutES. AND I
13 PRESENtED MOSt OF +HE EViDENCE
14 AGAINSt HER. ON 7/31/08 IN COURt
15 SHE TOLD +HE JUDGE SHE WAS GOING
16 +O ViSit HER FATHER FOR HiS
17 BiR+HDAY, AND I CALLED +HE
18 PUBLiC DEFENDERS OFFiCE AND THEY
19 TOLD ME SHE WAS ON A VACATION
20 AGAIN ? SHE REFUSED +O ANSWer
21 MY CALLS AN JAIL AND REFUSED
22 +O BRING ME A WRit OF MANDATE
23 WRit I ASKED FOR AFter LEAViNG
24 Her A MESSAGE ON Her PHONE LINE.
25 THESE ARE ONLY A FEW OF HER VIOLAtions
26 AND iF NEEDED BE WE CAN ARGUE
27 MORE ON APPEAL. I+ SHOULD BE CLEAR
28 SHE THiNKS VACAtiON(S) ARE MORE

1  THAN DOING A JOB DEFENDING FREEDOM.
2  3) ACCESS TO COURT
3  WHILE IN MENDOCINO COUNTY JAIL
4  FROM 7/28/2008 TO 8/11/2008 POLICE
5  REFUSED TO GIVE ME MY CONFIDENTIAL
6  LEGAL WORK AND WRITS, WHICH INCLUDED
7  A WRIT OF MANDATE! LINDA THOMPSON
8  ALSO REFUSED TO BRING ME A WRIT OF
9  MANDATE AFTER I LEFT A MESSAGE
10  ON HER PHONE TO DELIVER ONE TO ME
11  AT THE JAIL. I SENT A WRIT OF MAN-
12  DATE FROM THE HOSPITAL 8-14-2008
13  AND ASKED FOR EXTENDED TOLLING TIME.
14  ON 8-11-2008 I WAS TRANSFERED
15  ~~FROM~~ to NAPA STATE HOSPITAL FROM:
16  MENDOCINO COUNTY JAIL, WHEN I
17  ARRIVED AT THE HOSPITAL THE HOSPITAL
18  ADMISSIONS ALSO REFUSED TO GIVE
19  ME POSSESSION OF MY LEGAL WORK.
20  I NEED MY LEGAL WORK AND PAPERS
21  TO FILE MOTIONS IN COURT AND THIS
22  ACTION OF CONFISCATING MY LEGAL
23  PAPERS HAS BLOCKED MY ACCESS
24  TO THE COURTS, AND CAUSED "INJURY"
25  BY MISSING TIME LIMITS · AND
26  PERPETUATING MY CONFINEMENT. (see
27  Lewis V CASEY 518 U.S.C. 343, 357, 116 S. Ct. 2174,
28  135, ~~L.Ed.~~ L. Ed. 2d. 606 (1996)

1  HOSPITAL WORKERS TOLD ME THE
2  REASON FOR TAKING MY LEGAL PAPERS
3  WAS TO SCAN THEM. THIS POLICY REQUIRING
4  PRISONERS CONFIDENTIAL LEGAL PAPERS
5  FOR SCANNING, COPYING OR INSPECTION
6  IS A VIOLATION OF MY DUE PROCESS
7  AND ILLEGAL, WHICH IS A CONSTITUTIONAL
8  ERROR. REVERSAL IS THE PROPER
9  REMEDY FOR THIS ERROR. DUE
10  TO POLICE REFUSING ME ACCESS TO
11  MY LEGAL WORK FROM 7/28/2008 TO
12  8/14/2008 I HAD TO ASK THE COURT
13  OF APPEAL FOR EXTENDED TOLLING
14  TIME ON MY WRIT OF MANDATE
15  AGAINST JUDGE RON BROWN FOR
16  COMMITTING JUDICIAL MISCONDUCT.
17  4) TIME LIMIT
18       I LEFT NAPA STATE HOSPITAL ON
19  7/28/2008 AT APPROXIMATELY 11:00
20  AM AND ARRIVED AT MENDOCINO
21  COUNTY JAIL AT 1:00 PM. ON THURSDAY
22  7/31/08 I WAS ARRAIGNED AT 1:40PM
23  WHICH WAS LONGER THAN 72 HOURS.
24       MY COURT ORDER WAS VACATED
25  7/9/2008 AND ED FOULK - EXECUTIVE
26  DIRECTOR OF NAPA STATE HOSPITAL
27  HAD 15 DAYS UNDER PENAL CODE 1382(i)
28  TO RELEASE ME OR CHARGE ME

1  HE FAILED TO RELEASE ME, AND SHERIFF
2  TOM ALLMAN FAILED TO TRANSFER
3  CUSTODY WITHIN 15 DAYS WHICH
4  VIOLATES MY RIGHTS TO A SPEEDY
5  TRIAL.
6     ON WAS ARRAIGNED 10/23/2006 IN
7  MENDOCINO SUPERIOR COURT BY JUDGE
8  CINDEE MAYFIELD AND COMMITTED
9  TO NAPA STATE HOSPITAL 12/26/2006.
10  DUE TO ATTORNEY LINDA THOMPSON
11  GOING ON VACATION I NEVER HAD
12  A PRELIMINARY IN 60 DAYS, UNDER
13  PENAL CODE 859(b) THIS CALLS FOR
14  DISMISSAL AND PENAL CODE 1382
15  STATES I DID NOT GET A SPEEDY
16  TRIAL.
17  5) OTHER VIOLATIONS
18     I BELIEVE HUNDREDS OF CRIMES
19  HAVE BEEN COMMITTED AGAINST ME
20  IN THIS CASE AND MOST EXIST ON THE
21  PAPER TRAIL. I WILL GIVE A COUPLE
22  GOOD EXAMPLES WHICH INCLUDES
23  (2) ARRESTING OFFICERS JOSHUA
24  CABRAL AND GLENN STARK. ON OR
25  ABOUT 9/22/2006 OFFICER GLENN STARK
26  STOLE ABOUT $5600 CASH AND CHECKS
27  FROM ME AND MY CELL PHONE DURING
28  AN ARREST, HE BEGAN USING MY CELL

1  PHONE AND REFUSED TO GIVE ME MY PHONE
2  DESPITE ME ASKING FOR IT THAT DAY.
3  PENAL CODE (S) 632, 632.7 CALL FOR
4  DAMAGES FOR INVASION OF PRIVACY
5  FOR USING MY CELL PHONE ILLEGALLY.
6  I BELIEVE IT IS $5,000.00 per violation
7  I FILED COMPLAINTS WITH THE FCC
8  AND FBI ARREST WARRANT FOR HIM.
9  I ALSO FILED AN FBI ARREST WARRANT
10 FOR OFFICER CABRAL FOR PERJURY.
11.    TO INCLUDE MORE ON 9/22/2006
12 DURING A SEARCH WARRANT OF MY
13 HOUSE. BY OFFICER STARK, JEWELRY
14 AND VACATION VOUCHERS WERE STOLEN
15 ALONG WITH COURT PAPERWORK FOR
16 OTHER CASES.
17  . TO INCLUDE ALL THE VIOLATIONS
18 OF MY STATE AND CONSTITUTIONAL
19 RIGHTS WOULD TAKE HUNDREDS
20 OF PAGES. AND INCLUDE DOZENS
21 OF STATE AND FEDERAL AGENCIES
22 AND COURTS. FOR NOW I WILL
23 ONLY INCLUDE A SMALL PORTION
24 OF THE VIOLATIONS IN MY COMPLAINT.
25 IF WE NEED ANOTHER HEARING IN
26 UKIAH IT WILL BE NECESSARY TO
27 SUBPOENA THEM ALL.
28 6) ON OR ABOUT 10/23/2006 JUDGE MAYFIELD

1  took A HABEAS CORPUS IN MENDOCINO
2  SUPERIOR COURT AND OVER 600
3  DAYS LATER it HAS NOT BEEN
4  ANSWERED, AND ON 11/13/2006 I GAVE
5  JUDGE MAYFIELD ANOTHER HABEAS.
6  It HAS NOT BEEN ANSWERED.
7  THIS VIOLATES MY 1St AND 14th
8  AMENDMENT RIGHTS UNDER tHE
9  UNITED STATES CONSTITUTION.
10  TitLE 8 Chapter 1.5 SECTION 68210.
11  ARticLE VI Section 19 OF tHE STATE
12  CONStitutiON PROViDE PROViSIONS
13  FOR THIS MISCONDUCT.
14  7) I ASK FOR RETRiBUtiON AND
15  HELP FROM ViCtiM WitNESS tO.
16  RELOCAtE. THiS INCLUDE tHE FOLL-
17  OWiNG PENAL CODES 14147, 1191.2
18  AND 1202.4(K)(2), 1202.4(f)(3)(H), 1202.4(f)(3)(6)
19  MY HOPE iS ALSO MY (2) DOGS
20  ALEX AND RUtH ARE RETURNED.
21  SAGE MOUNtAiNFiRE tOLD ME tHEY
22  WERE TAKEN CARE OF iN HOPLAND.
23  UNDEr tHE PENAL OF PERJURY
24  tHiS iS TRUE AND CORRECt
25  tO tHE BESt OF MY KNOWLEDGE.
26                    ViNCENT ROSENBALM
27                    Vincent Rosenbalm
28

1  PROOF OF SERVICE  8/16/08

2  I AM VINCENt ROSENBALM AN

3  AMERICAN CitiZEN OVER 18

4  YEARS OF AGE

5

6  ON 8/18/2008 I served tHE WitHiN

7  1) NOtiCE OF APPEAL

8  2) EXHiBit A (9) PAGES

9  GROUNDS FOR APPEAL

10  BY PLACiNG A COPY iN tHE NAPA

11  StAtE HOSPitAL MAiL ADDRESSED:

12  TO: COURt CLERK

13  MENDOCiNO SUPERiOR COURt

14  100 N. StAtE Street

15  UKiAH, CALiFORNiA 95482

16  FROM

17  ViNCENt ROSENBALM

18  2100 NAPA VALLEJO HiGHWAY

19  NAPA, CA 94558

20

21  UNDer tHE PENALtY OF PERJURY

22  tHiS iS TRUE AND CORRECt to

23  tHE BESt OF MY KNOWledge.

24

25  ViNCENt ROSENBALM

26

27  Vincent Rosenbalm

28

1  VINCENT ROSENBALM                    8/20/2008
2  2100 NAPA VALLEJO HIGHWAY
3  NAPA, CA 94558
4      UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6  VINCENT ROSENBALM } Habeas CORPUS
7           V
8  ED FOULK               }
9  THOMAS ALLMAN   } CV08-3436
10     EXHIBIT C SHOWS A CONSPIRACY
11  BY POLICE AND LINDA THOMPSON
12  TO DENY ME A WRIT OF MANDATE
13  NEEDED TO STOP MY ILLEGAL
14  IMPRISONMENT. I NEEDED TO GET
15  A MANDATE IN 10 DAYS DUE TO
16  JUDICIAL MISCONDUCT BY JUDGE
17  RON BROWN AND A 170-6 MOTION.
18  I HAD THE WRIT IN MY PROPERTY
19  AND POLICE REFUSED ME ACCESS
20  TO MY PROPERTY FOR 3 WEEKS.
21  FROM 7/28/08 TO 8/14/08 AND Attorney
22  LINDA THOMPSON WENT ON VACATION
23  AND REFUSED TO BRING ME THE
24  WRIT TO JAIL. DENIAL OF ACCESS
25  TO THE COURTS. UNDER THE PENALTY
26  OF PERJURY THIS IS TRUE AND CORRECT
27  TO THE BEST OF MY KNOWLEDGE.
28                    Vincent Rosenbalm

VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

RECEIVED

AUG 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

COURT CLERK
U.S. District Court
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102



UNITED STATES POSTAGE
$ 00.00°

USA 42
USA 42
USA 42
USA 42