1  VINCENT ROSENBALM                    FILED 8/22/2008
2  2100 NAPA VALLEJO HIGHWAY    AUG 27 2008
3  NAPA, CA 94558                RICHARD W. WIEKING
                                 CLERK, U.S. DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6  VINCENT ROSENBALM       ) HABEAS CORPUS
7           V              ) SUPPLEMENTAL
8  ED FOULK                )
9  THOMAS ALLMAN           ) CASE NO: CV08-3436SI
10 RECENTLY I WAS IN MENDOCINO COUNTY
11 JAIL AND POLICE REFUSED TO GIVE ME
12 MY CONFIDENTIAL LEGAL WORK WHICH
13 INCLUDED FEDERAL COURT PAPERWORK.
14 THIS WAS FROM 7/28/2008 TO 8/11/2008,
15 AND WHEN TRANSFERRED BACK TO
16 NAPA STATE HOSPITAL 8/11/2008 THE
17 HOSPITAL WORKERS REFUSED ME MY
18 LEGAL WORK TO 8/14/2008 SAYING THEY
19 WERE GOING TO SCAN MY LEGAL WORK.
20 I NEED MY LEGAL WORK TO FILE MOTIONS
21 IN COURT AND THIS POLICE ACTION
22 OF CONFISCATING, SCANNING OR COPY-
23 ING ME LEGAL WORK CAUSED "INJURY"
24 BY MISSING TIME LIMITS AND PERPETUATING
25 MY CONFINEMENT. (See LEWIS V CASEY 518
26 U.S.C 343, 357, 116 S.Ct. 2174, 135 L.Ed. 2d.606 (1996)
27 ALSO POLICE AND PUBLIC DEFENDER DENIED
28 ME ACCESS THE COURTS BY DENYING

1. ME A WRIT OF MANDATE BY OVER (2) WEEKS
2. WHEN I HAD A 10 DAY LIMIT, I ASKED
3. THE COURT OF APPEAL FOR AN AMENDED
4. COMPLAINT WITH EXTENDED TOLLING
5. TIME. BUT HERE I MISSED AN ACTUAL
6. DEADLINE FOR FILING.
7.   TIME LIMITS SPEEDY TRIAL 1382(1)
8. STATES I CAN ONLY BE HELD IN CUSTODY
9. 15 DAYS AND RELEASED OR CHARGED.
10. ED FOULK - EXECUTIVE DIRECTOR OF
11. NAPA HELP ME 20 DAYS After
12. MY COURT ORDER WAS VACATED.
13. ON 7/9/08 THE STATE SUPREME
14. COURT CASE NO: S163898 RULED MY
15. COURT ORDER VACATED AND A
16. Remittur FILED 7/15/08 I WAS
17. TRANSFERRED CUSTODY 7/28/08 to
18. MENDOCINO JAIL; ARRAIGNED 7/31/08.
19. THIS AMOUNTS TO "KIDNAPPING"
20. AND I ASK THIS COURT TO GRANT
21. ME A HABEAS CORPUS FOR SUCH.
22. UNDER THE PENALTY OF PERJURY
23. THIS IS TRUE AND CORRECT TO
24. THE BEST OF MY KNOWLEDGE.
25.                 VINCENT ROSENBAUM
26.
27.                 Vincent Rosenbalm
28.

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 5

Julia Juana Spikes
530 Divisadero Street, No. 226
San Francisco, CA 94117

THE PEOPLE,
Plaintiff and Respondent,
v.
VINCENT LEE ROSENBALM,
Defendant and Appellant.

A116597
Mendocino County No. MCUKCRCR0674005

\* \* REMITTITUR \* \*

I, Diana Herbert, Clerk of the Court of Appeal of the State of California for the First Appellate District, do hereby certify that the decision entered in the above-entitled cause on April 03, 2008 has now become final.

---

___Appellant ___Respondent to recover costs
___Each party to bear own costs
_✓_Costs are not awarded in this proceeding
___See decision for costs determination

Witness my hand and the Seal of the Court affixed at my office this    JUL 15 2008

Diana Herbert
Clerk of the Court

Deputy Clerk

rem1

CASE CV08-3436

# MENDOCINO COUNTY SHERIFF'S OFFICE
## Corrections Division

### INMATE REQUEST FORM

Name: ROSENBALM   VINCENT   L   "A"#: 2
   Last          First       Middle

Date: 8/4/08   Housing Assgnmt: A2

Check One: ☐ Writ  ☐ Grievance  ☐ Classification  ☐ AIDS Testing
☐ Inmate Services  ☐ Probation  ☐ Release Date
☒ Other: Writ in Property

Explanation/Comment (PRINT CLEARLY - ONLY ONE REQUEST PER FORM):

I NEED TO GET A Writ Out of MY PROPERTY AS SOON AS POSSIBLE IT NEEDS TO BE MAILED BY FRIDAY

C/D SIGNATURE REQUIRED: _____

Date: _____ Routed to: _____ I.D.# _____

Response/Action Taken: _____

Respondent's Name: _____ ID# _____ Date: _____

WHITE-"A" File (When Completed)
YELLOW-Response to Inmate
PINK-Inmate Keeps
Form 88
Rev. 4/7/98

---

# MENDOCINO COUNTY SHERIFF'S OFFICE
## Corrections Division

### INMATE REQUEST FORM

Name: ROSENBALM   Vincent     2   "A"#: 2
   Last         First    Middle

Date: _____   Housing Assgnmt: _____

Check One: ☐ Writ  ☐ Grievance  ☐ Classification  ☐ AIDS Testing
☐ Inmate Services  ☐ Probation  ☐ Release Date
☒ Other: Appeal Form

Explanation/Comment (PRINT CLEARLY - ONLY ONE REQUEST PER FORM):

FORM MOTION FOR APPEAL OR APPEAL FORM FOR COURT CLERK ONE-PAGE FORM

C/D SIGNATURE REQUIRED: _____

Date: _____ Routed to: _____ I.D.# _____

Response/Action Taken: _____

Respondent's Name: _____ ID# _____ Date: _____

WHITE-"A" File (When Completed)
YELLOW-Response to Inmate
PINK-Inmate Keeps
Form 88
Rev. 4/7/98

CASECV08-3436

# MENDOCINO COUNTY SHERIFF'S OFFICE
## Corrections Division

### INMATE REQUEST FORM

Name: ROSENBAUM  VINCENT  L  "A"#: 23912
     Last         First        Middle

Date: 8/7/08    Housing Assgnmt: A2

Check One: ☐ Writ      ☐ Grievance      ☐ Classification      ☐ AIDS Testing
           ☐ Inmate Services  ☐ Probation    ☐ Release Date
           ☒ Other: _____

Explanation/Comment (PRINT CLEARLY - ONLY ONE REQUEST PER FORM):

Lietenant-Sargent
I need to get a writ
out of my property.
I told officers if testing
if I was more than 1 week
I would need legal work
out of property

C/D SIGNATURE REQUIRED: _____

Date: _____ Routed to: _____  I.D. # _____

Response/Action Taken:

Respondent's Name: _____  ID# _____  Date: _____

---

# MENDOCINO COUNTY SHERIFF'S OFFICE
## Corrections Division

### INMATE REQUEST FORM

Name: ROSENBAUM  VINCENT  L  "A"#: 2
     Last         First        Middle

Date: 7/29/08   Housing Assgnmt: A2

Check One: ☒ Writ      ☐ Grievance      ☐ Classification      ☐ AIDS Testing
           ☐ Inmate Services  ☐ Probation    ☐ Release Date
           ☐ Other: _____

Explanation/Comment (PRINT CLEARLY - ONLY ONE REQUEST PER FORM):

Writ of Mandate

C/D SIGNATURE REQUIRED: _____

Date: _____ Routed to: _____  I.D. # _____

Response/Action Taken:

Respondent's Name: _____  ID# _____  Date: _____

PINK-Inmate Keeps   YELLOW-Response to Inmate   WHITE-"A" File (When Completed)
Form38

**OFFICE OF PATIENTS' RIGHTS**
**NAPA STATE HOSPITAL**

| Office of Patients' Rights use only |
| --- |
| Date received by O.P.R.: |
| Service #. |
| Date Closed: |

- Formal Complaint Form

Patient Name: VINCENT ROSENBALM   ID#: 2069375

Commitment Code: 1370    Unit #: Q5/6    Date: 7/24/08

Describe your complaint below:          * Do you have Attachments?

ED FOULK YOU ARE IN CONTEMPT OF COURT AND GUILTY OF KIDNAPPING COURT ORDER A116597 AND S163898 FROM THE SUPREME COURT VACATED MY COMMITMENT ORDER ON 7/09/08, YOU HAD 15 DAYS TO HOLD ME, OR RELEASE ME, AND 16 HAVE PASSED. UNDER PENAL CODE 1382(1) I AM ILLEGALLY IMPRISONED!

Office of Patients' Rights Response:


Patients' Rights Advocate signature: _____    Date: _____

This complaint does not support an action of abuse or neglect, punitive withholding or unreasonable denial of patients' rights. This issue is being referred to Program Director: _____, Program # _____ for resolution and response. **All responses should be provided directly to the patient.**

Form NSH-130 (Triplicate document)

OSP 07 10531

PROOF OF SERVICE   8/22/08

I am Vincent Rosenbalm an American Citizen over 88 years of age

ON 8/22/08 I SERVED THE WITHIN
  (2 pages 1) SUPPLEMENTAL CASE CV08-3436
            2) 4 Attachments
By placing a copy in the Napa state Hospital Mail Addressed to
    U.S. DISTRICT COURT
    450 GOLDEN GATE AVE
    PO BOX 36060
    SAN FRANCISCO, CA 94102
From
    Vincent Rosenbalm
    2100 Napa Vallejo Highway
    Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

                        Vincent Rosenbalm



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680