1. VINCENT ROSENBALM                          8/25/2008
2. 2100 NAPA VALLEJO HIGHWAY
3. NAPA, CALIFORNIA 94558
4.     UNITED STATES DISTRICT COURT
5. NORTHERN DISTRICT OF CALIFORNIA
6. VINCENT ROSENBALM  } WARRANT FOR ARREST
7.     V             }
8. ED FOULK          }
9. THOMAS ALLMAN     } CASE NO: CV08-3436 SI
10.    ON OR ABOUT 9/22/2006 OFFICER
11. GLENN STARK IN UKIAH, CALIFORNIA
12. PART OF THE NORTHERN DISTRICT OF
13. CALIFORNIA DID COMMIT THE CRIMES
14. OF THEFT OF MY CELL PHONE AND
15. INVASION OF PRIVACY BY USING
16. MY CELL PHONE WITHOUT MY
17. PERMISSION. OFFICER STARK ALSO
18. STOLE CASH/CHECKS, JEWELRY AND
19. VACATION VOUCHERS I USE FOR
20. PLAYING PROFESSIONAL GOLF.
21. THIS IS IN VIOLATION OF TITLE 18
22. U.S.C. SECTION 242 AND THE
23. 14th AMENDMENT OF THE U.S.
24. CONSTITUTION. UNDER THE PENALTY
25. OF PERJURY THIS IS TRUE AND
26. CORRECT TO THE BEST OF MY KNOWLEDGE.
27.
28.                              Vincent Rosenbalm

*CRIMINAL COMPLAINT*
*ATTACHED sheet: STARK*

Vincent Rosenbalm v Ed Foulk CEO of Napa State Hospital 7/25/2007

Mendocino Case: MCUK CRCR 06-74005

Notice of Citizens Arrest and Complain Under Penal Code 832.5

To Any California Peace Officer

ON or about 9/22/2006 Ukiah Police Officer Glenn Stark Stole about $5600 Cash and checks, ID, Car, cell phone and golf clubs during a traffic stop. He then booked me at Ukiah Police station and released me to appear in court OR, however refused to return my property. No case ever appeared on the court docket??? I went home and found my house destroyed and a search warrant signed by Glenn Stark with no District attorney signature. Other property missing includes federal court paperwork and insurance claims. I work as a pro golfer and believe airline and vacation vouchers were missing! Under the penalty of perjury this is true to the best of my knowledge!!

I complaining the crimes committed by officer Stark include but not limited to Penal Codes 132, 135, 207, 211, 424, 459, 484 and possibility of hundreds of federal crimes by Ukiah Police and Courts, Mr. Stark also being a suspect in a federal investigation of the union CSI and Mayacama Golf Course employee Jim Brooks and John Krikorian in a scandal. Thereof I command you forthwith to arrest Glenn Stark and bring him to the nearest and most accessible magistrate!!

July 25, 2007

Vincent Rosenbalm

2100 Napa Vallejo Highway Unit 5 and 6

Napa, CA 94558

PROOF OF SERVICE  8/26/2008

I AM VINCENT ROSENBALM AN AMERICAN CITIZEN OVER 18 YEARS OF AGE

ON 8/26/2008 I served the within
1) (3) CRIMINAL COMPLAINTS
2) (2) ATTACHMENT

BY PLACING A SEALED ENVELOPE IN THE NAPA STATE HOSPITAL MAIL

ADDRESSED: COURT CLERK
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

From
Vincent Rosenbalm
2100 Napa Vallejo Highway
NAPA, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm

◆AO 442    (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT
_NORTHERN_ District of _CALIFORNIA_

UNITED STATES OF AMERICA

V.

JOSHUA CABRAL

**WARRANT FOR ARREST**

Case Number: CV08-3436

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _JOSHUA CABRAL_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [ ] Indictment
- [ ] Information
- [x] Complaint
- [ ] Order of court
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

charging him or her with (brief description of offense) ON OR ABOUT 10/19/2006 IN UKIAH, CALIFORNIA PART OF THE NORTHERN DISTRICT OF CALIFORNIA OFFICER CABRAL DID COMMIT THE CRIME OF PERJURY

in violation of Title _18_ United States Code, Section(s) _242_

_____
Name of Issuing Officer

_____
Signature of Issuing Officer

_____
Title of Issuing Officer

_____
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___CALIFORNIA___

UNITED STATES OF AMERICA

V.

GLENN STARK

**WARRANT FOR ARREST**

Case Number: CV08-3436

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___GLENN STARK___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense) THEFT OF MY CELL PHONE AND INVASION OF PRIVACY FOR USING IT ILLEGALLY (ATTACHMENT INCLUDED)

in violation of Title ___18___ United States Code, Section(s) ___242___

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__NORTHERN__    District of __CALIFORNIA__

UNITED STATES OF AMERICA

V.

THOMAS ALLMAN

**WARRANT FOR ARREST**

Case Number: CV08 – 3436

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __THOMAS ALLMAN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [ ] Indictment
- [ ] Information
- [x] Complaint
- [ ] Order of court
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

charging him or her with (brief description of offense) ON OR ABOUT 10/19/2006 IN MENDOCINO COUNTY, PART OF THE NORTHERN DISTRICT OF CALIFORNIA THOMAS ALLMAN DID COMMIT THE CRIME OF KIDNAPPING.

in violation of Title __18__ United States Code, Section(s) __242__

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

LEGAL MAIL
COURT CLERK
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

