UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBALM, | No. C 08-3436 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ED FOULK, CEO of Napa State Hospital, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus concerning the commitment order after he exhausts state court remedies as to his federal constitutional claims regarding that order.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 15, 2008

SUSAN ILLSTON
United States District Judge